**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter  11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Thomson-Shore, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | Seattle Book Company<br>Bessenberg Bindery | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-1980970 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 7300 West Joy Road<br>Dexter, MI 48130 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Washtenaw | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.thomsonshore.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Thomson-Shore, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 25, 2019
                 MM / DD / YYYY

X /s/ Peter Shima                                              Peter Shima
  Signature of authorized representative of debtor            Printed name

Title      President

**18. Signature of attorney**

X /s/ Scott M. Kwiatkowski                          Date    March 25, 2019
  Signature of attorney for debtor                          MM / DD / YYYY

Scott M. Kwiatkowski P-67871
Printed name

Goldstein Bershad & Fried PC
Firm name

4000 Town Center
Suite 1200
Southfield, MI 48075
Number, Street, City, State & ZIP Code

Contact phone      248-355-5300          Email address _____

P-67871 MI
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Thomson-Shore, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 25, 2019     **X** /s/ Peter Shima
                                            Signature of individual signing on behalf of debtor

                                            Peter Shima
                                            Printed name

                                            President
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Thomson-Shore, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $    5,550,000.00

     **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $    8,904,993.80

     **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $    14,454,993.80

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    6,246,076.83

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    28,813.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    5,347,632.39

4.    Total liabilities .................................................................................................
     Lines 2 + 3a + 3b      $    11,622,522.22

Debtor name    Thomson-Shore, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC | Checking | 3621 | $154,461.00 |
| 3.2. | PNC | Checking | 6845 | $1,084.00 |
| 3.3. | Old National Bank | Property Tax Escrow | 7192 | $30,745.00 |
| 3.4. | Charles Schwab | Corporate account | 2284 | $722.00 |
| 3.5. | Charles Schwab | ESOP Escrow account | 5387 | $5,055.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $192,067.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|-----|----|----|----|----|
| | 11a. 90 days old or less: | 3,094,211.80 | - 0.00 = .... | $3,094,211.80 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|-----|----|----|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $3,094,211.80 |

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|----|----|----|----|----|
| 19. | **Raw materials** Binders board, alternative papers, cloth (digital and non-digital), paper (digital and non-digital), endleaf, film lamination, plates and cover stock | 1/31/19 | Unknown | Recent cost | $435,096.00 |
| 20. | **Work in progress** Work in progress | February 2019 | Unknown | N/A | $1,132,330.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | |
|-----|----|----|
| | Add lines 19 through 22.  Copy the total to line 84. | $1,567,426.00 |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    302350    Valuation method    Cost basis    Current Value    302350

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Miscellaneous office furniture | $35,107.00 | N/A | $35,107.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.      | $35,107.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.1. | 2007 FRTL M2 106 (aluminum van). 130,171 miles. | Unknown | N/A | | $19,232.00 |
| 47.2. | 2004 Ford F250 | Unknown | N/A | | $13,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Machinery and equipment | Unknown | Appraisal | $3,983,950.00 |

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

     | $4,016,182.00 |
     |---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   7300 West Joy Road Dexter, Michigan 48130  Real Property Tax Parcel:  03-32-300-010  Warehouse/Industrial/ Manufacturing | Fee simple | Unknown | Appraisal | $5,550,000.00 |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

       | $5,550,000.00 |
       |---|

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 4

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademark: Helping you put your best book forward. | Unknown | N/A | Unknown |
| 61. **Internet domain names and websites** www.thomsonshore.com | $0.00 | | $0.00 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 11 of 138

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $192,067.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,094,211.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,567,426.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,107.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,016,182.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................................> | | $5,550,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,904,993.80 | + 91b. $5,550,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,454,993.80 |

Debtor name: Thomson-Shore, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | Bindtech, LLC | Describe debtor's property that is subject to a lien | $120,000.00 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

1232 Antioch Pike
Nashville, TN 37211

Creditor's mailing address

All assets

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

cdillon@blindtechinc.com

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | CJK Group, Inc. | Describe debtor's property that is subject to a lien | $341,000.00 | $5,550,000.00 |
|---|---|---|---|---|

Creditor's Name

3323 Oak Street
Brainerd, MN 56401

Creditor's mailing address

All assets and mortgage on 7300 West Joy Road, Dexter, Michigan 48130

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Aaron.Crandall@gpmlaw.com

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2019
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 13 of 138

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Webster Township
2. CJK Group, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Crestmark Bank | Describe debtor's property that is subject to a lien | $1,620,728.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

5480 Corporate Drive
Suite 350
Troy, MI 48098

Creditor's mailing address

All assets and mortgage on 7300 West Joy
Road, Dexter, Michigan 48130

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

■ No
☐ Yes

phage@jaffelaw.com

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2014
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Eastman Kodak Company | Describe debtor's property that is subject to a lien | $94,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

343 State St.
Rochester, NY 14650

Creditor's mailing address

Kodak equipment (2 plate makers)

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

■ No
☐ Yes

mustapha.dakroub@kodak.c
om

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2018
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Old National Bank | Describe debtor's property that is subject to a lien | $3,948,850.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

P.O. Box 178
Evansville, IN 47705

Creditor's mailing address

All assets and mortgage on 7300 West Joy
Road, Dexter, Michigan 48130

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

jteicher@maddinhauser.com

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
2013
**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.6 | Plymouth Packaging, Inc. | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

dba Box on Demand
11333 General Dr
Plymouth, MI 48170

Creditor's mailing address

Box making machine and corrugated fanfold.

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**

Carlos.Evangelista@westroc
k.com

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
2017
**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.7 | Ryder Exchange, LLC | **Describe debtor's property that is subject to a lien** | $32,957.68 | $19,232.00 |

Creditor's Name

6300 Pardee Road
Taylor, MI 48180

Creditor's mailing address

2007 FRTL M2 106 (aluminum van). 130,171 miles.

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**

david_r_phillips@ryder.com

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
2015
**Last 4 digits of account number**
5212;2920

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.8 | Webster Township | **Describe debtor's property that is subject to a lien** | $88,541.15 | $5,550,000.00 |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Creditor's Name

7300 West Joy Road
Dexter, Michigan 48130

Real Property Tax Parcel: 03-32-300-010

5665 Webster Church Rd
Dexter, MI 48130

Warehouse/Industrial/Manufacturing
_____

Creditor's mailing address

**Describe the lien**
Property Tax Lien
_____
**Is the creditor an insider or related party?**

bsinkule@twp.webster.mi.us
_____

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Xerox Financial Services |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      Unknown      Unknown
Xerox equipment (18 copy machines)

45 Glover Ave.
Norwalk, CT 06856

Creditor's mailing address

**Describe the lien**
Security Interest
_____
**Is the creditor an insider or related party?**

heather.thomas@mos-xerox.com
_____

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
2018
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $6,246,076.83

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Julie Teicher<br>Erman Teicher Zucker & Freedman PC<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034 | Line  2.5 | |
| Paul Hage<br>Jaffe Raitt Heuer & Weiss PC<br>27777 Franklin Rd Ste 2500<br>Southfield, MI 48034 | Line  2.3 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor name    Thomson-Shore, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-4040 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,596.00 | $13,596.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Sales Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Massachusetts Department of Revenue<br>PO Box 7062<br>Boston, MA 02204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,922.00 | $1,922.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Sales Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      25347      Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,650.00 | $2,650.00 |

**2.3** Priority creditor's name and mailing address
Michigan Department of Treasury
Collection/Bankruptcy Unit
P O Box 30168
Lansing, MI 48909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,650.00     $2,650.00

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
N.J. Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,180.00     $1,180.00

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
North Carolina Department of
Revenue
PO Box 25000
Raleigh, NC 27640-0640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,641.00     $3,641.00

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
NYS Department of Taxation and
Finance
Attn: Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,666.00     $3,666.00

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

19-44343-tjt      Doc 1      Filed 03/25/19      Entered 03/25/19 10:10:55      Page 19 of 138

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $987.00 | $987.00 |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address

South Carolina Department of
Revenue
PO Box 125
Columbia, SC 29214-0400

As of the petition filing date, the claim is:          $987.00     $987.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8**

Priority creditor's name and mailing address

Washington State Department of
Revenue
6500 Linderson Way SW
Olympia, WA 98501

As of the petition filing date, the claim is:          $1,171.00   $1,171.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**

5 Minute Kids, LLC
3580 Crestwood Drive
Lapeer, MI 48446

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*          $29.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**

A-Korn Roller, Inc.
3545 South Morgan Street
Chicago, IL 60609-1525

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*          $11,984.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**

A.F. Branco Art
Antonio F. Branco
10596 Alta Vista Drive
Sedro Woolley, WA 98284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*          $12,273.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 20 of 138

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,520.20 |
|---|---|---|---|

Absorb Tech
ITU Absorb Tech, Inc.
Bin 88479
Milwaukee, WI 53288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

AccordWare, LLC
2250 Butterfield Drive
Suite 230
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,341.30 |
|---|---|---|---|

Action Packaging Corp.
A/R Department
Dept. 6082, P.O. Box 30516
Lansing, MI 48909-8016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,804.14 |
|---|---|---|---|

Aero Corporation
1377 Tefft Court
Saline, MI 48176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.15 |
|---|---|---|---|

Airgas Safety, Inc.
P.O. Box 802576
Chicago, IL 60680-2576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

Alice Dreger
621 Sunset Lane
East Lansing, MI 48823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.23 |
|---|---|---|---|

Allegra Print & Imaging
1283 Industrical Drive
Saline, MI 48176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,043.31 |
|---|---|---|---|

Allied-Eagle Supply Co.
1801 Howard Street
Detroit, MI 48216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,431.52 |
|---|---|---|---|

American Ribbon Manufacturers, Inc.
925 Ann Street
Stroudsburg, PA 18360

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,447.17 |
|---|---|---|---|

Angel Dog Productions
5 Chelsea St.
Metamora, MI 48455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.81 |
|---|---|---|---|

Angela Berent
650 Island Lake Rd.
Chelsea, MI 48118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

Ann Arbor Graphic Arts, Inc.
Memorial Foundation
P.O. Box 1951
Ann Arbor, MI 48106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.53 |
|---|---|---|---|

Anne C. Cooper
1104 Mill Pointe
Watkinsville, GA 30677

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.37 |
|---|---|---|---|

Anne McGivern
616 lake Avenue
Wilmette, IL 60091

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.00 |
|---|---|---|---|
| | Arbor Inspection Services, LLC<br>3735 Plaza Drive<br>Ann Arbor, MI 48108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,432.96 |
|---|---|---|---|
| | Arbor Springs Water Co.<br>1440 Plymouth Rd.<br>Ann Arbor, MI 48105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.50 |
|---|---|---|---|
| | ARC Indexing, Inc.<br>408 Heatherwood<br>Fairfield, IA 52556 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,397.38 |
|---|---|---|---|
| | ArcBest/ABF Freight-System, Inc.<br>P.O. Box 880<br>Taylor, MI 48180-0880 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664.91 |
|---|---|---|---|
| | ARS Nova, LLC<br>P.O. Box 620254<br>Middleton, WI 53562 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.43 |
|---|---|---|---|
| | Arthur Baxter<br>Hawthorne Publishing<br>15601 Oak Road<br>Carmel, IN 46033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.35 |
|---|---|---|---|
| | Associated Bag Company<br>P.O. Box 8820<br>Carol Stream, IL 60197-8820 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,150.00 |
|---|---|---|---|
| | Author U Extravaganza<br>14160 E. Bellewood Drive<br>Aurora, CO 80015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $132.00 |
|---|---|---|---|
| | Autobond, Inc.<br>P.O. Box 307<br>North Canton, CT 06059 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $660.00 |
|---|---|---|---|
| | Automatic Sales, LLC<br>3072 Ives Rd.<br>Tecumseh, MI 49286 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28.21 |
|---|---|---|---|
| | Ava Gustafson<br>N6322 Country Line Rd.<br>Spooner, WI 54801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,105.76 |
|---|---|---|---|
| | AXA / MONY Life Insurance Company<br>P.O. Box 733463<br>Dallas, TX 75373-3463 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.00 |
|---|---|---|---|
| | BAE Networks, LLC<br>950 Stephenson Hwy., Suite 204<br>Troy, MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,106.97 |
|---|---|---|---|
| | Baldwin Graphic Systems/Baldwin Americas<br>26211 Newtork Place<br>Chicago, IL 60673-1262 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.44 |

Basic, Inc.
9246 Portage Industrial Drive
Portage, MI 49024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,937.00 |

BC Adhesives
4655 W. Oakwood Park Drive
Franklin, WI 53132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,920.85 |

Bearing Service, Inc.
12320 Globe St.
Livonia, MI 48150-1144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,476.84 |

Berryville Graphics, Inc.
Attn:  Accounts Receivable
25 Jack Enders Blvd.
Berryville, VA 22611-1501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.79 |

Beyond The Blue Ministries
P.O. Box 498
Kingston, WA 98346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.70 |

Blair F. Scott CA LLC
29 Wildwood Avenue
Mount Vernon, NY 10550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Blue Cross Blue Shield of Michigan
232 S. Capitol Ave. - MCA L08A
Lansing, MI 48933-1504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,289.99 |
|---|---|---|---|
| | Blue Oak, LLC<br>2490 Placid Way<br>Ann Arbor, MI 48105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,501.69 |
|---|---|---|---|
| | Blue Ridge ESOP Associates<br>154 Hansen Road, Suite 102<br>Charlottesville, VA 22911 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.04 |
|---|---|---|---|
| | Bo-Dyn Bobsled Project, Inc.<br>71 Williams Road<br>Colchester, CT 06415 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.80 |
|---|---|---|---|
| | Book Automation, Inc.<br>458 Danbury Rd.<br>Unit B10<br>New Milford, CT 06776 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,046.90 |
|---|---|---|---|
| | Boy Scouts of America<br>1325 W. Walnut Hill Lane<br>Irving, TX 75038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,805.95 |
|---|---|---|---|
| | Braden Sutphin Ink/Wikoff Color Corp.<br>P.O. Box 734189<br>Chicago, IL 60673-4189 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.82 |
|---|---|---|---|
| | BrainSquall Books<br>10355 NE Valley Rd., #4736<br>Rollingbay, WA 98061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.46**

Nonpriority creditor's name and mailing address

Bull Ridge Corporation
P.O. Box 10698
Blacksburg, VA 24062-0698

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,443.80

---

**3.47**

Nonpriority creditor's name and mailing address

Bushin Books, LLC
180 West End Ave., #16 S
New York, NY 10023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$986.51

---

**3.48**

Nonpriority creditor's name and mailing address

C&B Cutter Grinding, Inc.
1125 Felters Road
P.O. Box 403
Michigan Center, MI 49254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$87.39

---

**3.49**

Nonpriority creditor's name and mailing address

Cadillac Presentations Solutions
1195 Equity Drive
Troy, MI 48084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$543.08

---

**3.50**

Nonpriority creditor's name and mailing address

Camp Sanderson, LLC
Jon Sanderson LLC
1157 Bicentennial Parkway
Ann Arbor, MI 48108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$780.59

---

**3.51**

Nonpriority creditor's name and mailing address

Canon/Oce, Inc.
5450 North Cumberland Avenue
Chicago, IL 60656

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.52**

Nonpriority creditor's name and mailing address

Capital Trustees, LLC
17 South Second Street
Suite 301
Harrisburg, PA 17101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,916.60

---

| Debtor | Thomson-Shore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Cathleen Ann Baker<br>Legacy Press<br>1513 Long Meadow Trail<br>Ann Arbor, MI 48108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.31 |
|---|---|---|---|
| | CDW Computer Centers, Inc.<br>P.O. Box 75723<br>Chicago, IL 60675-5723 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | Cech Corporation, Inc.<br>3984 Cabaret Trail W.<br>Saginaw, MI 48603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,776.46 |
|---|---|---|---|
| | Central Michigan Paper Company<br>P.O. Box 2649<br>Grand Rapids, MI 49501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | Cerberus, LLC<br>3033 Wilson Blvd.<br>Ste. E-815<br>Arlington, VA 22201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,791.40 |
|---|---|---|---|
| | CGS Publishing Technologies<br>100 North 6th Street, #308B<br>Minneapolis, MN 55403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.10 |
|---|---|---|---|
| | Charles E. Haavik<br>619 E. Skyline Parkway<br>Duluth, MN 55805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

19-44343-tjt   Doc 1   Filed 03/25/19   Entered 03/25/19 10:10:55   Page 28 of 138

| Debtor | Thomson-Shore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,858.00 |
|---|---|---|---|

Circle, Inc.
2756 Whiting Road
P.O. Box 697
Burlington, WI 53105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,412.24 |
|---|---|---|---|

Cisco, Inc.
1825 Monroe
P.O. Box 1803
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.80 |
|---|---|---|---|

City Electric Supply (CES)
P.O. Box 1006
Wilbraham, MA 01095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.20 |
|---|---|---|---|

CMYK Imperial Printing
4359 jackson Rd.
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,421.84 |
|---|---|---|---|

Combined Fluid Products
805 Oakwood Rd.
Lake Zurich, IL 60047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,783.26 |
|---|---|---|---|

Comm-Core, LLC
3820 S. Dixie Highway
Lima, OH 45806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $885.20 |
|---|---|---|---|

Conley Casting/Centredale/Dura-Fab
124 Maple St.
Warwick, RI 02888-2188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.67 | **Nonpriority creditor's name and mailing address**<br>Constellation NewEnergy<br>P.O. Box 4640<br>Carol Stream, IL 60197-4640<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Constellation NewEnergy Gas Division LLC<br>P.O. Box 5473<br>Carol Stream, IL 60197-5473<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,573.39 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Cosmo Films, Inc.<br>775 W. Belden Avenue<br>Suite D<br>Addison, IL 60101<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $13,103.52 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>CPI Antony Rowe, Ltd.<br>110 Beddington Lane<br>Croydon CRO 4TD<br>ENGLAND<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,965.92 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Cumulus - Ann Arbor - WQKL FM<br>3589 Momentum Place<br>Chicago, IL 60689-5335<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,475.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>Cylance, Inc.<br>Dept. 3995<br>P.O. Box 123995<br>Dallas, TX 75312-3995<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>Cynthia Furlong Reynolds<br>4216 Corey Circle<br>Ann Arbor, MI 48103<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,800.00 |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,586.40 |
|---|---|---|---|
| | Cynthia Giannatasio<br>16940 Bay Street, #N204<br>Jupiter, FL 33477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $266.63 |
|---|---|---|---|
| | Dana M. Phipps<br>223 Deer fox Lane<br>Lutherville Timonium, MD 21093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $125.72 |
|---|---|---|---|
| | Darrell Rice<br>19160 Front Street<br>P.O. Box 127<br>Poulsbo, WA 98370 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,033.51 |
|---|---|---|---|
| | Data Ranger Computer Products<br>P.O. Box 835<br>Manchester, MI 48158-0835 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48.16 |
|---|---|---|---|
| | Dave Cole<br>Outward Focused Network<br>P.O. Box 1062<br>Duvall, WA 98019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,032.69 |
|---|---|---|---|
| | Dekker Bookbinding, Inc.<br>2941 Clydon Ave. SW<br>Burton, MI 48509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $871.11 |
|---|---|---|---|
| | Detroit Pencil Company<br>1940 Northwood Drive<br>Troy, MI 48084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
| | Dexter Bakery | ☐ Contingent | |
| | 8101 Main Street | ☐ Unliquidated | |
| | Dexter, MI 48130 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135.79 |
| | Diana Rahe Taylor | ☐ Contingent | |
| | P.O. Box 275 | ☐ Unliquidated | |
| | Skull Valley, AZ 86338 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,013.81 |
| | Diecutting Services, Inc. | ☐ Contingent | |
| | 2415 Bishop Circle W. | ☐ Unliquidated | |
| | Dexter, MI 48130 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,910.39 |
| | Don Eyles | ☐ Contingent | |
| | Fort Point Press | ☐ Unliquidated | |
| | 249 A Street, Suite 42 | ☐ Disputed | |
| | Boston, MA 02210 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,103.09 |
| | Donald Baumgartner | ☐ Contingent | |
| | 2280 W. Dean Road | ☐ Unliquidated | |
| | River Hills, WI 53217 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,720.30 |
| | Doug Brown Packaging Products, Inc. | ☐ Contingent | |
| | 1850 Larchwood Drive | ☐ Unliquidated | |
| | Troy, MI 48083 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,277.04 |
| | Dr. Jeffrey C. Chang, Inc. | ☐ Contingent | |
| | 4003 Harbor Point Drive | ☐ Unliquidated | |
| | Missouri City, TX 77459 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Thomson-Shore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.88**

Nonpriority creditor's name and mailing address
DTE Energy
1 Energy Plaza, 2124 WCB
Detroit, MI 48226-1221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$45,110.00

---

**3.89**

Nonpriority creditor's name and mailing address
Durr Megtec Systems, Inc.
Lockbox 772733
2733 Solutions Center
Chicago, IL 60677-2007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,455.49

---

**3.90**

Nonpriority creditor's name and mailing address
E.C. Schultz & Company
333 Crossen Ave.
Elk Grove Village, IL 60007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$786.00

---

**3.91**

Nonpriority creditor's name and mailing address
Eastman Kodak Company
343 State St.
Rochester, NY 14650

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.92**

Nonpriority creditor's name and mailing address
Ecological Fibers, Inc.
40 Pioneer Drive
Lunenburg, MA 01462

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$42,389.59

---

**3.93**

Nonpriority creditor's name and mailing address
Edwards Brothers Malloy, Inc.
P.O. Box 4248, Dept. 3500
Houston, TX 77210-4248

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$460.68

---

**3.94**

Nonpriority creditor's name and mailing address
egi Solutions
6029 14 Mile Rd.
Sterling Heights, MI 48312

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$255.46

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 33 of 138

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.95**

Nonpriority creditor's name and mailing address

Electronics for Imaging, Inc. (EFI)
6750 Dumbarton Circle
Fremont, CA 94555

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.96**

Nonpriority creditor's name and mailing address

Elizabeth Ann Vaughan
Birch Cove Press
2109 Central Grove
Toledo, OH 43614

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$596.23

---

**3.97**

Nonpriority creditor's name and mailing address

Erd Speciality Graphics
3250 Monroe St.
Toledo, OH 43606

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,255.80

---

**3.98**

Nonpriority creditor's name and mailing address

ESI Equity
355 Austin Circle
Delafield, WI 53018

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,343.21

---

**3.99**

Nonpriority creditor's name and mailing address

Exponential Growth, Inc.
150 East Travelers Trail, Apt. 302
Burnsville, MN 55337

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$602.07

---

**3.100**

Nonpriority creditor's name and mailing address

Fact Filter and Coating Technology Inc.
P.O. Box 2287
Grand Rapids, MI 49501-2287

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$214.39

---

**3.101**

Nonpriority creditor's name and mailing address

Fastenal Company, Inc.
P.O. Box 1286
Winona, MN 55987-1286

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,032.59

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,577.81 |
|---|---|---|---|

Federal Express
P.O. Box 371741
Pittsburgh, PA 15250-7441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

Ferguson & Widmayeer, P.C.
538 N. Division Street
Ann Arbor, MI 48104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Fiona Humberstone / Copper Beech Prerss
4 Cranmore Cottages, Cranmore Lane
West Horsley KT24 6BS
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,729.37 |
|---|---|---|---|

Flint Group North American Corporation
1455 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,523.94 |
|---|---|---|---|

Foresight Group, Inc.
2822 N. MLK Jr. Blvd.
Lansing, MI 48906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

Form 5500 Direct
1758 Papaya Tree Street
Hemet, CA 92545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.30 |
|---|---|---|---|

Fortis Solutions Group, LLC/A&M Supply
2505 Hawkeye Court
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

Franchise Tax Borad
State of California
P.O. Box 942857
Sacramento, CA 94257-0531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $128.63 |
|---|---|---|---|

Frank Costantini
334 Minuteman Drive
Collegeville, PA 19426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Freshamedia
Robert-Bosch Str. 32
63303 Dreieich, Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $236,450.00 |
|---|---|---|---|

FujiFilm Graphic Systems, Inc.
211 Van Bruggen
Grand Rapids, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,987.40 |
|---|---|---|---|

General Roll Leaf Mfg., Inc.
P.O. Box 357
Stottville, NY 12172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.70 |
|---|---|---|---|

George Hirthler
Hirthler & Partners
1155 Oakdale Rd.
Atlanta, GA 30307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $729.32 |
|---|---|---|---|

Georgea M. Langer
Possum Hill Press
2720 Calloway Ct.
Canton, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $782.81 |

Global Electronic Services, Inc.
5325 Palmero Court
Buford, GA 30518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,665.99 |

Global Technologies Central LLC
4314 Silver Valley Drive
Columbia, MO 65203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,820.60 |

Good Hart Publishing
Lou Kasischke
3491 Lakeshore
Harbor Springs, MI 49740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,238.21 |

GP2 Technologies, Inc.
157 River Road, Unit 18
Bow, NH 03304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,597.58 |

Graphic Arts Service and Supply, Inc.
3933 S. Greenbrooke
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.78 |

Graphic Specialties, Inc.
2350 Breton Industrial Park SE
Grand Rapids, MI 49508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69.48 |

Gravitational Churches, LLC
P.O. Box 731733
Puyallup, WA 98373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,781.00 |

Great Lakes Bindery, Inc / GLB
3741 Linden Ave. SE
Grand Rapids, MI 49548

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $802.50 |

Greenview Data, Inc. / SpamStopsHere
8178 Jackson Road, Suite A
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $246.98 |

H.H. Barnum Co. (Corp)
7915 Lochlin Drive
Detroit, MI 48232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $899.19 |

Hackney Hardware, Inc.
8105 Main Street
Dexter, MI 48130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175.00 |

Haley Mechanical
8415 Dexter-Chelsea Rd.
Dexter, MI 48130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,972.00 |

Hamernik LLC / GL 12130-000-000
1 Indiana Square, Suite 1550
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $185.00 |

Hartel Industries
9449 Maltby Rd.
Brighton, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $39.02 |
|---|---|---|---|

Harvey Mudd
Porcupine Press
P.O. Box 1367
Brewster, MA 02631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

Hayden McNeil, LLC
14903 Pilot Drive
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $13,423.66 |
|---|---|---|---|

Heidelberg USA, Inc.
P.O. Box 5160
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

Heritage-Crystal Clean, Inc.
13621 Collection Center Drive
Chicago, IL 60693-0136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,234.01 |
|---|---|---|---|

Highlandview Farms, LLC
20750 Civic Center Drive
Suite 418
Southfield, MI 48076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $27,559.16 |
|---|---|---|---|

Holland Litho Printing Service, Inc.
10972 Chicago Drive
Zeeland, MI 49464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,272.53 |
|---|---|---|---|

Holly Monteith, Inc. / Cyren Press
614 King Road
West Chester, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $417.72 |
|---|---|---|---|

Howard Jay Smith
Say Yes Quickly
75 Sommer
Goleta, CA 93117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

HP Financial / Hewlet-Packard
P.O. Box 402582
Atlanta, GA 30384-2582

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $319.62 |
|---|---|---|---|

HP Indigo
c/o XPO Logistics
300 Courtney Park Drive West
Mississauga Ontario L5W1Y6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $419.96 |
|---|---|---|---|

Hui Hanai
1300 Halona St.
Honolulu, HI 96817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,520.00 |
|---|---|---|---|

IBPA Independent Book Publishers Assoc.
1020 Manhattan Beach Blvd.
Suite 204
Manhattan Beach, CA 90266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,458.24 |
|---|---|---|---|

Ihara U.S., Inc.
2530 Corporate Place
Suite A107
Monterey Park, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49.02 |
|---|---|---|---|

Imani Jjosey
1822 Georgia Street
Gary, IN 46407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,772.44 |
|---|---|---|---|

Indigo American/HP/ClickInvoiceDate
P.O. Box 415573
Boston, MA 02241-5573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $244.04 |
|---|---|---|---|

IntelliCorp
P.O. Box 27903
New York, NY 10087-7903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $355.10 |
|---|---|---|---|

J. J. Keller
P.O. Box 6609
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,115.00 |
|---|---|---|---|

Jaffe, Raitt, Huer and Weiss, P.C.
27777 Franklin Rd., Suite 2500
Southfield, MI 48034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.30 |
|---|---|---|---|

James Barnes
7 Locust Hill
Crawfordsville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,051.65 |
|---|---|---|---|

James Charlton Hunter
JD Hunter Associates, LLC
9514 Hawthorn Glen Drive
Suite One
Grosse Ile, MI 48138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,682.33 |
|---|---|---|---|

Jayhawk Plastics, Inc.
P.O. Box 4228
Olathe, KS 66063-4228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,992.21 |
|---|---|---|---|

Jeffrey Steffel
1341 Charlotte Landing Road
Springport, MI 49284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $630.99 |
|---|---|---|---|

Joann Castle
Against The Tide Books
300 Riverfront Drive, 22E
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116.79 |
|---|---|---|---|

John M. Bernard
133 N. 45 Cir
Camas, WA 98607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.80 |
|---|---|---|---|

Joyce Logan
155 Alps Rd.
Branford, CT 06405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $272.62 |
|---|---|---|---|

Judith Galloway
9009 University Parkway
Apt. 11
Pensacola, FL 32514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $246.05 |
|---|---|---|---|

Judith Wenzel
212 Lyn Anne Ct.
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,182.99 |
|---|---|---|---|

Katherine B. Soper
Stellaire Press
345 Rock Creek Court
Ann Arbor, MI 48104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,846.33 |
|---|---|---|---|

Kathy King
7275 Mester Rd.
Chelsea, MI 48118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,883.59 |
|---|---|---|---|

KBA / Koenig & Bauer (US) Inc.
P.O. Box 619006
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,293.75 |
|---|---|---|---|

Ken Wachsberger
P.O. Box 130884
Ann Arbor, MI 48113-0884

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,009.28 |
|---|---|---|---|

Kimberly A. Davis
Madville Publishing, LLC
320 W. Shady Shores Road
Shady Shores, TX 76208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,463.50 |
|---|---|---|---|

Kiran Spees / Fukurou Design
1111 E. Washington Ave.
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.29 |
|---|---|---|---|

KJAY Publishing
Jay P. Decima
P.O. Box 491779
Redding, CA 96049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,927.46 |
|---|---|---|---|

Kolbus America, Inc.
P.O. Box 72446
Cleveland, OH 44192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,164.07 |
|---|---|---|---|
| | Komar Alliance, LLC<br>P.O. Box 844437<br>Los Angeles, CA 90084-4437 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,227.00 |
|---|---|---|---|
| | Kristin Northrop<br>1231 Ardmoor Ave.<br>Ann Arbor, MI 48103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Kronos Incorporated<br>P.O. Box 743208<br>Atlanta, GA 30374-3208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,153.26 |
|---|---|---|---|
| | Kurtz Transfer Products, LLC<br>P.O. Box 63182<br>Charlotte, NC 28263-3182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|
| | Larry Katzen<br>73 Oakmont Drive<br>Rancho Mirage, CA 92270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $74,641.00 |
|---|---|---|---|
| | LBS, Inc.<br>1801 Thompson Ave.<br>Des Moines, IA 50316-2751 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $424.62 |
|---|---|---|---|
| | Leadership IQ, Inc. / Mark Murphy<br>400 Gallaria Parkway, Suite 1500<br>Atlanta, GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.172** Nonpriority creditor's name and mailing address

Liberty Book and Bible
901 E. Maryland St.
Indianapolis, IN 46202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,112.60

---

**3.173** Nonpriority creditor's name and mailing address

Lindenmyr Munroe (RA-COC-001386)
2944 Walkent Drive
Grand Rapids, MI 49544

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,917,461.00

---

**3.174** Nonpriority creditor's name and mailing address

Lindsey Joan Clifford / Ministry.com
P.O. Box 2743
Rancho Santa Fe, CA 92067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$51.36

---

**3.175** Nonpriority creditor's name and mailing address

LSC Communications
P.O. Box 776411
Chicago, IL 60677-6411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$18,521.96

---

**3.176** Nonpriority creditor's name and mailing address

Lubcon Turmo Lubrication, Inc.
5460 33rd St. SE
Grand Rapids, MI 49512

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$641.41

---

**3.177** Nonpriority creditor's name and mailing address

Lux Inteligentiae Institute
Olga Koutna Izzo
2515 Deake Avenue
Ann Arbor, MI 48108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$82.14

---

**3.178** Nonpriority creditor's name and mailing address

MailFinance
P.O. Box 123682, Dept. 3682
Dallas, TX 75312-3682

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,421.22

---

**3.179**

**Nonpriority creditor's name and mailing address**

Manpower
P.O. Box 1309
Ann Arbor, MI 48106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$5,392.76

---

**3.180**

**Nonpriority creditor's name and mailing address**

Marcia Sue Dunnigan
Touch-Down Books
782 Cassena Rd.
Naples, FL 34108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$31.18

---

**3.181**

**Nonpriority creditor's name and mailing address**

Marilyn Migliore / The Hunger Within
730 Penniman Avenue
Apt. 304
Plymouth, MI 48170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$375.04

---

**3.182**

**Nonpriority creditor's name and mailing address**

Marsh & McLennan Agency
15415 Middlebelt Rd.
Livonia, MI 48154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,465.00

---

**3.183**

**Nonpriority creditor's name and mailing address**

Masterson Personnel, Inc.
P.O. Box 26310
Minneapolis, MN 55426

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.184**

**Nonpriority creditor's name and mailing address**

Maureen Tyler
7611 Kingfisher Court
Dexter, MI 48130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$245.00

---

**3.185**

**Nonpriority creditor's name and mailing address**

MBO America, Inc.
4 E. Stow Road
Marlton, NJ 08053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$142.33

---

| Debtor | Thomson-Shore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.186** | **Nonpriority creditor's name and mailing address**<br>McMaster-Carr Supply Company, Inc.<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | $601.45 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.187** | **Nonpriority creditor's name and mailing address**<br>McNaughton-McKay Electric Co.<br>P.O. Box 67000, Dept. 14801<br>Detroit, MI 48267-0148 | $3,230.39 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.188** | **Nonpriority creditor's name and mailing address**<br>Mechon Hadar<br>190 Amsterdam Ave.<br>New York, NY 10023 | $1,917.70 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.189** | **Nonpriority creditor's name and mailing address**<br>Meredith Colby<br>800 Cedar Terrance<br>Deerfield, IL 60015 | $29.06 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.190** | **Nonpriority creditor's name and mailing address**<br>Micah A. Springer<br>5074 Osceola St.<br>Denver, CO 80212 | $119.46 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.191** | **Nonpriority creditor's name and mailing address**<br>Michigan Department of Licensing and<br>Regulatory Affairs<br>General Industry Safety Health Division<br>530 W. Allegan St, P.O. Box 30644<br>Lansing, MI 48909 | $8,400.00 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.192** | **Nonpriority creditor's name and mailing address**<br>Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>P O Box 30168<br>Lansing, MI 48909 | $133.11 |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0970

Basis for the claim:  Sales & Use Tax

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.96 |
|---|---|---|---|

**Michigan Department of Treasury**
Collection/Bankruptcy Unit
P O Box 30168
Lansing, MI 48909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,533.75 |
|---|---|---|---|

**Michigan Foam Products, LLC**
1820 Chicago Drive SW
Grand Rapids, MI 49519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,077.28 |
|---|---|---|---|

**Michigan Office Solutions**
MOS Lockbox
P.O. Box 785041
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,583.90 |
|---|---|---|---|

**Michigan Pallet, Inc.**
P.O. Box 97
Saint Charles, MI 48655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,717.00 |
|---|---|---|---|

**Michigan Quality Laminating & Sales, Inc**
G-4438 South Saginaw Street
Burton, MI 48529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,917.60 |
|---|---|---|---|

**Midwest Air Filter, Inc.**
P.O. Box 10210
Lansing, MI 48901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,591.00 |
|---|---|---|---|

**Millcraft Paper Company**
6800 Grant Ave.
Cleveland, OH 44105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,213.40 |
|---|---|---|---|
| | Mobile Air, LLC<br>1000 Valley Belt Road<br>Brooklyn Heights, OH 44131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,071.76 |
|---|---|---|---|
| | Morrison Industrial Equipment Corp.<br>1825 Monroe<br>P.O. Box 1803<br>Grand Rapids, MI 49501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,077.01 |
|---|---|---|---|
| | Motion Industries<br>P.O. Box 98412<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,053.24 |
|---|---|---|---|
| | MSC Industrial Supply Co., Inc.<br>P.O. Box 953635<br>Saint Louis, MO 63195-3635 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,217.36 |
|---|---|---|---|
| | Muller Martini Corporation<br>P.O. Box 787196<br>Philadelphia, PA 19178-7196 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $147.06 |
|---|---|---|---|
| | Myra Fiacco<br>Filles Vertes Publishing, LLC<br>2814 N. 17th Street<br>Coeur D Alene, ID 83815 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,824.04 |
|---|---|---|---|
| | Myron Marsh<br>10851 N. LaQuinta Drive<br>Oro Valley, AR 85737 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $259.54 |
|---|---|---|---|

Nancy Waters
108 Village Circle
Waco, TX 76710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $570.12 |
|---|---|---|---|

Naomi Ardea
107 Red Sunset Place
Carrboro, NC 27510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,268.77 |
|---|---|---|---|

Neenah Inc.
P.O. Box 711927
Cincinnati, OH 45271-1927

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.44 |
|---|---|---|---|

Neff Engineering Company
d/b/a Neff Engineering
Dept. 6081
Carol Stream, IL 60122-6081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,213.35 |
|---|---|---|---|

NeoFunds Neopost
478 Wheelers Farms Road
Milford, CT 06461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,638.86 |
|---|---|---|---|

New Dimensions Management Systems
2200 Stephenson Highway
Suite A
Troy, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $887.25 |
|---|---|---|---|

New Hampshire Bindery
481 Dow Road
Bow, NH 03304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00 |
|---|---|---|---|

New York State
Department of Tax and Finance
P.O. Box 15163
Albany, NY 12212-5163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,417.00 |
|---|---|---|---|

NH Learning Solutions Corporation
14115 Farmington Road
Livonia, MI 48154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,263.60 |
|---|---|---|---|

Nichols, Inc. / Nichols Paper & Supply C
2647 Momentum Place
Chicago, IL 60689-5326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $293.91 |
|---|---|---|---|

Nighthawk Press LLC / Rebecca Lenzini
P.O. Box 1222
Taos, NM 87571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $156.86 |
|---|---|---|---|

Nora Remeyer
24421 Philemon Dr.
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.37 |
|---|---|---|---|

North Col / Courtney Schafer
4490 Osaye Drive
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|

NYSIF Disability Benefits
1 Watervliet Avenue Extension
Albany, NY 12206-1629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $163.00 |
|---|---|---|---|

Occupational Health Centers
of New Jersey
P.O. Box 8750
Elkridge, MD 21075-8750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $908.50 |
|---|---|---|---|

Occupational Health Centers (Cocentra)
P.O. Box 5106
Southfield, MI 48086-5106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $922.91 |
|---|---|---|---|

OmniSource
4408 Solutions Center
Chicago, IL 60677-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4408

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,621.00 |
|---|---|---|---|

Open Heart Designs
715 Byron St.
Missoula, MT 59802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,206.69 |
|---|---|---|---|

Owosso Graphic Arts, Inc.
151 N. Delaney Rd.
Owosso, MI 48867

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82.84 |
|---|---|---|---|

Patricia J. Heavren
45 High Rock Road
Hamden, CT 06514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Pelian Words Publishing House
740 North H Street
Suite 240
Lompoc, CA 93436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,058.88**

Philadelphia Yearly Meeting
of the Religious Society of Friends
1515 Cherry Street
Philadelphia, PA 19102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Pijart Productions, LLC
2753 Piedmont Ave.
Montrose, CA 91020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$431.66**

Pitt Ohio LTL
P.O. Box 643217
Pittsburgh, PA 15264-3271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**

PixelAntics Publication Design
Michael Kitchen
8043 Poplar Drive
Dexter, MI 48130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

Plante & Moran, LP
1000 Oakbrook Drive
Suite 400
Ann Arbor, MI 48104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

PNC Bank
Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$693.60**

Pre-Paid Legal Services
P.O. Box 2629
Ada, OK 74821-2629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**Principal Financial Group**
P.O. Box 777
Des Moines, IA 50303-0777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.18 |
|---|---|---|---|

**Print-Tech, Inc.**
6800 Jackson Rd.
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.15 |
|---|---|---|---|

**Printers' Service, Inc.**
P.O. Box 5120
Newark, NJ 07105-5120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Publishers Weekly**
Attn:  Ryk Hsieh
71 west 23rd Street
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,325.00 |
|---|---|---|---|

**PubWest**
Publishers Assocation of the West
17501 Hill Way
Lake Oswego, OR 97035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.97 |
|---|---|---|---|

**Quindaro Press**
3808 Genessee Street
Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.98 |
|---|---|---|---|

**Randall D. Bucek Self Settled Trust**
500 N. 1st Street, Suite 8000
Wausau, WI 54403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $291.78 |

**3.242** Nonpriority creditor's name and mailing address

Rasmus Poulsgaard/Tow Guys Publishing
Thorsgade 78 3. th.
2200 Copenhagen
DENMARK

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$291.78

---

**3.243** Nonpriority creditor's name and mailing address

Rebecca Biber
3407 Burbank Drive
Ann Arbor, MI 48105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$208.19

---

**3.244** Nonpriority creditor's name and mailing address

Regina Orthodox Press
6 Second Street
Salisbury, MA 01952

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$91.87

---

**3.245** Nonpriority creditor's name and mailing address

Richard Feinman
NMS Press
60 Terrance Place
Brooklyn, NY 11218

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$243.73

---

**3.246** Nonpriority creditor's name and mailing address

Richard Retyi
1127 Windy Road
Ann Arbor, MI 48103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$146.58

---

**3.247** Nonpriority creditor's name and mailing address

Rita Bonchek
BonchekFamFoundation
400 Willow Valley Square
Apt. GA-410
Lancaster, PA 17602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$460.82

---

**3.248** Nonpriority creditor's name and mailing address

Robert Anthony Hernandez
16034 104th Ave. NE
Bothell, WA 98011

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$152.76

---

**3.249**

**Nonpriority creditor's name and mailing address**
Robert Half Technology, Inc.
12400 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$7,200.00

---

**3.250**

**Nonpriority creditor's name and mailing address**
Robert J. Passantino
1 Franklin Town Blvd.
Apt. 2012
Philadelphia, PA 19103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.251**

**Nonpriority creditor's name and mailing address**
Rochester 100, Inc.
P.O. Box 92801
Rochester, NY 14692

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$135.27

---

**3.252**

**Nonpriority creditor's name and mailing address**
Rogers Printing
3350 Main Street
P.O. Box 215
Ravenna, MI 49451

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$23,521.64

---

**3.253**

**Nonpriority creditor's name and mailing address**
Ron Sauder
Secant Pub
615 N. Pinehurst Ave.
Salisbury, MD 21801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$904.31

---

**3.254**

**Nonpriority creditor's name and mailing address**
Rowman & Littlefield Publishing Group
Kimberly Flowers
15250 NBN Way
Blue Ridge Summit, PA 17214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$51,588.38

---

**3.255**

**Nonpriority creditor's name and mailing address**
RTD Manufacturing
1150 S. Elm St.
Jackson, MI 49203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,480.00

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.95 |
|---|---|---|---|

Ruth Glover
3516 Lemeadow Drive
Sachse, TX 75048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $465.38 |
|---|---|---|---|

Safechecks, Inc.
P.O. Box 788
Santa Clara, CA 95052-0225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $204.95 |
|---|---|---|---|

Safecutters, Inc.
800 E. Ellis Rd.
Muskegon, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Safety Systems, Inc.
P.O. Box 1079
Jackson, MI 49204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Salisbury Lawn Service
10485 Mountain View Drive
Dexter, MI 48130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.94 |
|---|---|---|---|

Sam Mahlstadt
1443 19th Place
West Des Moines, IA 50265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $203.29 |
|---|---|---|---|

Sandi Krakowski/A Real Change
3145 E. Chandler Blvd.
Suite 110-350
Phoenix, AZ 85048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sandy Castle???

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $824.86

Say It Right
1621 S. Rancho Santa Fe Road, #C
San Marcos, CA 92078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,579.08

Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL 60673-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.50

Scott Stabile
35560 Grand River Avenue, #296
Farmington, MI 48335-3120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,237.44

Screen, Inc.
P.O. Box 3235
New York, NY 10008-3235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,745.55

Seven Ox Press/Athanasius, LLC
Peter Ritzer
P.O. Box 1705
Denver, CO 80217-0705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $580.85

Sextant Press / David Scott
602 Ridgewood Ct.
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $360.53 |

Shaltz Automation, Inc.
Division of Shaltz Fluid Power
5190 Exchange Drive
Flint, MI 48507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $276.98 |

Sheridan Books, Inc.
P.O. Box 419823
Boston, MA 02241-9823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,713.64 |

Signode Industrial Group, LLC
P.O. Box 71057
Chicago, IL 60694-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $705.34 |

Skimmer, Inc.
6969 Metroplex Drive
Romulus, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |

Small Press Distribution (SPD)
1341 Seventh St.
Berkeley, CA 94710-1403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,468.25 |

Smart Office Solutions
P.O. Box 1221
Ann Arbor, MI 48106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,011.23 |

Solema U.S.A., Inc.
315 Glenn St.
P.O. Box 472
Crawfordsville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.67 |
|---|---|---|---|

Speedwrench, Inc.
3364 Quincy Street
Hudsonville, MI 49426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.30 |
|---|---|---|---|

Stanley M. Kolber Photography Inc.
25 Talcott Farm Road
Old Lyme, CT 06371

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

State of New Jersey - CBT
Divisioin of Taxation
P.O. Box 193
Trenton, NJ 08646-0193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _0970_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Steve Karbowski???

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.94 |
|---|---|---|---|

Stolp-Gore Co., Inc.
10101 So. Bode St.
Plainfield, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744.95 |
|---|---|---|---|

Sun Chemical Corp / Kohl Madden
P.O. Box 2193
Carol Stream, IL 60132-2193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.86 |
|---|---|---|---|

SunSource
23851 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.284**

**Nonpriority creditor's name and mailing address**
Susan G. Groner
10 Upland Road North
Bedford, NY 10506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$82.20

---

**3.285**

**Nonpriority creditor's name and mailing address**
Suzanne Hanchett
Development Resource Press
P.O. Box 94859
Pasadena, CA 91109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$49.24

---

**3.286**

**Nonpriority creditor's name and mailing address**
Tapeman, LLC
28023 Center Oaks Ct.
Wixom, MI 48393

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,337.83

---

**3.287**

**Nonpriority creditor's name and mailing address**
Technotrans America, Inc.
1441 E. Business Center Drive
Mount Prospect, IL 60056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$321.09

---

**3.288**

**Nonpriority creditor's name and mailing address**
Tepel Brothers Printing Company, Inc.
1725 John R
Troy, MI 48083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,185.45

---

**3.289**

**Nonpriority creditor's name and mailing address**
Tevah Platt / Curly Snail
531 Little Lake Drive
Ann Arbor, MI 48103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$90.66

---

**3.290**

**Nonpriority creditor's name and mailing address**
The Readers Ace, LLC
3622 Woodland Drive
Metamora, MI 48455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$42.16

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,499.00 |
|---|---|---|---|

The Sun Times
P.O. Box 366
Chelsea, MI 48118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.22 |
|---|---|---|---|

The Witherspoon Institute, Inc.
16 Stockton Street
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.61 |
|---|---|---|---|

Thomas J. Nash
Incarnate Word Media
1715 Rapid Way
Rochester, MI 48309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,166.09 |
|---|---|---|---|

Thomas Lawler
89 Sawmill Creek Trail
Saginaw, MI 48603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

Three Herarchs Antiochian Orthodox
1915 N. Western Avenue
Wenatchee, WA 98801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.51 |
|---|---|---|---|

Tide Pool Press
7 Front Street
Maynard, MA 01754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.81 |
|---|---|---|---|

Timothy P. Munkeby
2238 Burch Point Road
Tower, MN 55790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,836.45 |
|---|---|---|---|
| | Timsons, Inc. - America<br>385 Crossen Ave.<br>Elk Grove Village, IL 60007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.42 |
|---|---|---|---|
| | TJ International LTD<br>Trecerus Industrial Estate<br>Padstow, Cornwall, PL28 8RW<br>ENGLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.46 |
|---|---|---|---|
| | TMI-CHAMPCO Compressors, Inc.<br>2626 Sanford Avenue SW<br>Grandville, MI 49418 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.62 |
|---|---|---|---|
| | Tonja Engen<br>4200 Sunnyside Rd.<br>Edina, MN 55424 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,416.00 |
|---|---|---|---|
| | Transcendia, Inc.<br>300 Industrial Parkway<br>Richmond, IN 47374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.64 |
|---|---|---|---|
| | Transpac Services, Inc.<br>211 Broadway, Suite 201<br>Lynbrook, NY 11563 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|
| | Trey Schorr<br>P.O. Box 2685<br>Eagle, ID 83616 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,648.28 |
|---|---|---|---|
| | Uline Shipping Supply, Inc. | ☐ Contingent | |
| | Attn: Accounts Receivable | ☐ Unliquidated | |
| | P.O. Box 88741 | ☐ Disputed | |
| | Chicago, IL 60680-1741 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,684.55 |
|---|---|---|---|
| | UniFirst Corporation | ☐ Contingent | |
| | 1300 Auburn Ave. | ☐ Unliquidated | |
| | Pontiac, MI 48342 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,406.96 |
|---|---|---|---|
| | Unique Technical Services, Inc. | ☐ Contingent | |
| | 22950 W. Industrial Drive | ☐ Unliquidated | |
| | Saint Clair Shores, MI 48080 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $157.73 |
|---|---|---|---|
| | Unit Packaging Corp. | ☐ Contingent | |
| | 119 Enterprise Drive | ☐ Unliquidated | |
| | Ann Arbor, MI 48103 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,246.26 |
|---|---|---|---|
| | United Parcel Service (UPS) | ☐ Contingent | |
| | Lockbox 577 | ☐ Unliquidated | |
| | Carol Stream, IL 60132-0577 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $182.51 |
|---|---|---|---|
| | Universal Engraving, Inc. | ☐ Contingent | |
| | P.O. Box 15090 | ☐ Unliquidated | |
| | Lenexa, KS 66285-5090 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,299.21 |
|---|---|---|---|
| | University Lithoprinters, Inc. | ☐ Contingent | |
| | 4150 Varsity Drive | ☐ Unliquidated | |
| | Ann Arbor, MI 48108 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.28 |
|---|---|---|---|

**3.312**

Nonpriority creditor's name and mailing address

University of Wisconsin Stout
Attn: Communications Office
712 S. Broadway - 15 ADM Building
Menomonie, WI 54751

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$113.28

---

**3.313**

Nonpriority creditor's name and mailing address

Update LTD, Inc.
134 Peavey Circle
Chaska, MN 55318

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$216.00

---

**3.314**

Nonpriority creditor's name and mailing address

UPS Freight
38013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$466.12

---

**3.315**

Nonpriority creditor's name and mailing address

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,001.66

---

**3.316**

Nonpriority creditor's name and mailing address

US Bancorp
P.O. Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$19,931.59

---

**3.317**

Nonpriority creditor's name and mailing address

US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

Date(s) debt was incurred _

Last 4 digits of account number  3248

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$32,622.00

---

**3.318**

Nonpriority creditor's name and mailing address

US Postal Service Endicia Debit
323 N. Mathilda Avenue
Sunnyvale, CA 94085

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

US Postmaster
3140 Baker Road
Dexter, MI 48130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,849.50 |
|---|---|---|---|

Van Suilichem & Assoc., PC
40900 Woodward Ave., Ste. 111
Bloomfield Hills, MI 48304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,941.00 |
|---|---|---|---|

Vanston/O'Brien, Inc.
8150 jackson Rd.
Ann Arbor, MI 48103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566,579.00 |
|---|---|---|---|

Veritiv
P.O. Box 644520
P.O. Box 5029
Pittsburgh, PA 15264-4520

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.76 |
|---|---|---|---|

Village Publishers
1381 Rocky Creek Court
Belleville, IL 62220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,255.87 |
|---|---|---|---|

W. J. O'Neil Company
35457 Industrial
Livonia, MI 48150

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Waste Management of Michigan
P.O. Box 4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset? ■ No ☐ Yes

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 66 of 138

**3.326**

Nonpriority creditor's name and mailing address
Watkins Ross & Co. (Corp)
200 Ottawa N.W.
Suite 600
Grand Rapids, MI 49503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

$4,963.67

**3.327**

Nonpriority creditor's name and mailing address
Waxberry Products
1575 Oak Tree Drive
Brunswick, OH 44212

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

$306.53

**3.328**

Nonpriority creditor's name and mailing address
Wendy M. Washington
18328 Lehman Rd.
Manchester, MI 48158

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$240.00

**3.329**

Nonpriority creditor's name and mailing address
West Coast Writers Conferences
Todara Communications, Inc.
2206 Rockefeller, Suite 2
Redondo Beach, CA 90278

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,250.00

**3.330**

Nonpriority creditor's name and mailing address
West Health Advocate Solutions, Inc.
P.O. Box 561509
Denver, CO 80256-1509

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

$504.00

**3.331**

Nonpriority creditor's name and mailing address
WestRock/Plymouth Packaging
P.O. Box 64000
Detroit, MI 48264-1698

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.332**

Nonpriority creditor's name and mailing address
William Alan Seale
Transformence, Inc.
14 Sleepy Hollow Road
Topsfield, MA 01983

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,700.65

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**3.333**

Nonpriority creditor's name and mailing address
Women's Exchange of Washtenaw
P.O. Box 7571
Ann Arbor, MI 48107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.334**

Nonpriority creditor's name and mailing address
Woodland Paper, Inc.
50785 Pontiac Trail
Wixom, MI 48393

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$82,993.00

---

**3.335**

Nonpriority creditor's name and mailing address
Workbox Staffing
1350 Scribner Avenue
Grand Rapids, MI 49504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$7,113.57

---

**3.336**

Nonpriority creditor's name and mailing address
XPO Logistics
27724 Network Place
Chicago, IL 60673-1277

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,884.92

---

**3.337**

Nonpriority creditor's name and mailing address
XPO Logistics-Freight,Inc. - CNWY
P.O. Box 5160
Portland, OR 97208-5160

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.338**

Nonpriority creditor's name and mailing address
Xpress360 Inc.
4000 Bethel Avenue
Building 2
Indianapolis, IN 46203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,237.35

---

**3.339**

Nonpriority creditor's name and mailing address
Yeo & Yeo
5300 Bay Road, Suite 400
Saginaw, MI 48604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,750.00

---

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 68 of 138

| Debtor | Thomson-Shore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.49 |
|---|---|---|---|

YRC Freight, Inc.
P.O. Box 93151
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Michigan Department of Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Line 2.3<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | Michigan Department of Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Line 3.192<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | Michigan Department of Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Line 3.193<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | Michigan Department of Treasury<br>Lansing, MI 48956 | Line 2.3<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | US Bank<br>P.O. Box 6343<br>Fargo, ND 58125-6343 | Line 3.317<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | US Bank<br>P.O. Box 790428<br>Saint Louis, MO 63179-0428 | Line 3.317<br><br>☐ Not listed. Explain ___ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 28,813.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 5,347,632.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,376,445.39 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Thomson-Shore, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Warehouse lease + storage of books | |
| | State the term remaining | Unknown | Adair Graphic Communications<br>7850 Second Street<br>Dexter, MI 48130 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Contract for payroll system | |
| | State the term remaining | Unknown | ADP, Inc.<br>P.O. Box 842875<br>Boston, MA 02284-2875 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Contract for printing presses | |
| | State the term remaining | Unknown | Amerikal Press Services<br>2115 Northwestern Ave.<br>Waukegan, IL 60087 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Contract for environmental compliance reporting. | |
| | State the term remaining | Unknown | ASTI Environmental<br>P.O. Box 2160<br>Brighton, MI 48116-2160 |
| | List the contract number of any government contract | | |

![] **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease for internet, landline, security | |
|---|---|---|---|
| | State the term remaining | 1.5 years | AT&T |
| | List the contract number of any government contract | | PO Box 6416 |
| | | | Carol Stream, IL 60197 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Contract for health insurance | |
|---|---|---|---|
| | State the term remaining | Unknown | Blue Cross Blue Shield |
| | List the contract number of any government contract | | P.O. Box 79001 |
| | | | Detroit, MI 48279-1045 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Equipment | |
|---|---|---|---|
| | State the term remaining | Unknown | Canon/Oce, Inc. |
| | List the contract number of any government contract | | 5450 North Cumberland Avenue |
| | | | Chicago, IL 60656 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease for backup and restoration of server. | |
|---|---|---|---|
| | State the term remaining | None | CDW Direct |
| | List the contract number of any government contract | | P.O. Box 75723 |
| | | | Chicago, IL 60675-5723 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease for internet redundancy and phones | |
|---|---|---|---|
| | State the term remaining | Unknown | Comcast |
| | List the contract number of any government contract | | Billing Department |
| | | | 41112 Concept Drive |
| | | | Plymouth, MI 48170 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Contract for book distribution. | |
|---|---|---|---|
| | State the term remaining | Unknown | Conrad L. Osborne |
| | List the contract number of any | | 161 W. 7th St., #15D |
| | | | New York, NY 10023 |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Contract for electric/gas | |
| | State the term remaining | Unknown | Constellation NewEnergy |
| | List the contract number of any government contract | | P.O. Box 4640 Carol Stream, IL 60197-4640 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Contract for anti-virus software | |
| | State the term remaining | Unknown | Cylance, Inc. |
| | List the contract number of any government contract | | 400 Spectrum Center Dr #900 Irvine, CA 92618 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2007 Freightline Box Truck | |
| | State the term remaining | 1.2 years | Direct Capital Corporation |
| | List the contract number of any government contract | | 155 Commerce Way Portsmouth, NH 03801 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Lease of complete MIS system (job tracking, scheduling, financial, inventory, customer info) | |
| | State the term remaining | None | Electronics for Imaging, Inc. (EFI) |
| | List the contract number of any government contract | | 6750 Dumbarton Circle Fremont, CA 94555 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Contract for book distribution. | |
| | State the term remaining | | Fiona Humberstone / Copper Beech Prerss |
| | List the contract number of any government contract | | 4 Cranmore Cottages, Cranmore Lane West Horsley KT24 6BS UNITED KINGDOM |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Contract for book distribution. | Freshamedia Robert-Bosch Str. 32 63303 Dreieich, Germany |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining     Fiona Humberstone<br><br>List the contract number of any government contract     _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Contract for recyclable material hauling and disposal. | |
|---|---|---|---|
| | State the term remaining | Fiona Humberstone | Friedland Industries, Inc.<br>405 E Maple St<br>Lansing, MI 48906 |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Contract for book fulfillment agreement. | |
|---|---|---|---|
| | State the term remaining | Fiona Humberstone | Hayden-McNeil Publishing<br>14903 Pilot Drive<br>Plymouth, MI 48170 |
| | List the contract number of any government contract | _____ | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Contract for hazardous waste hauling | |
|---|---|---|---|
| | State the term remaining | Unknown | Heritage-Crystal Clean, Inc.<br>13621 Collection Center Drive<br>Chicago, IL 60693-0136 |
| | List the contract number of any government contract | _____ | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Cylance (security software) | |
|---|---|---|---|
| | State the term remaining | 9 months | Hewlett Packard Financial Services Corp.<br>200 Connell Drive<br>Suite 5000<br>Berkeley Heights, NJ 07922 |
| | List the contract number of any government contract | _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Contract for timekeeping system. | |
|---|---|---|---|
| | State the term remaining | 7 months | Kronos Incorporated<br>900 Chalmsford St.<br>Lowell, MA 01851 |
| | List the contract number of any government contract | _____ | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Neopost machine | |
| | State the term remaining | 2.2 years | Mail Finance<br>Dept 3682<br>P.O. Box 12368<br>Dallas, TX 75312-3682 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Contract for temporary employment agency | |
| | State the term remaining | Unknown | Masterson Personnel, Inc.<br>P.O. Box 26310<br>Minneapolis, MN 55426 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Lease for software regarding MSDS info and SDS online storage. | |
| | State the term remaining | 3.3 years | MSDSonline<br>222 Merchandise Mart Plaza<br>Suite 1750<br>Chicago, IL 60654 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Lease of equipment | |
| | State the term remaining | Unknown | NFS Leasing, Inc.<br>900 Cummings Center<br>Suite 226-U<br>Beverly, MA 01915 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Contract for book distribution. | |
| | State the term remaining | | Pijart Productions, LLC - Jeff Ostrowski<br>2226 Redfish Bay Drive<br>Corpus Christi, TX 78418 |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Contract for building security and fire alarm system | |
| | State the term remaining | Unknown | Safety Systems, Inc.<br>P.O. Box 1079<br>Jackson, MI 49204 |
| | List the contract number of any | | |

19-44343-tjt    Doc 1    Filed 03/25/19    Entered 03/25/19 10:10:55    Page 74 of 138

First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

        government contract

---

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Contract for lawn service and landscaping. | |
|---|---|---|---|
| | State the term remaining | 1.5 yearse | Salisbury Lawn Service, LLC |
| | List the contract number of any government contract | | 14213 Arlene Ln Belleville, MI 48111 |

---

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Contract for property/casualty/workers comp insurance | |
|---|---|---|---|
| | State the term remaining | Unknown | Sentry Insurance |
| | List the contract number of any government contract | | 1800 North Point Drive Stevens Point, WI 54481 |

---

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | Unknown | Tegile Capital 7808 Creekridge Circle |
| | List the contract number of any government contract | | Suite 250 Minneapolis, MN 55439 |

---

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease of telephone equipment | |
|---|---|---|---|
| | State the term remaining | Unknown | VAR Resources, Inc. |
| | List the contract number of any government contract | | 800 Walnut Street, MAC N0005-044 Des Moines, IA 50309 |

---

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Contract for industrial waste and disposal. | |
|---|---|---|---|
| | State the term remaining | 2.8 years | Waste Management of Michigan, Inc. |
| | List the contract number of any government contract | | PO Box 43290 Phoenix, AZ 85080 |

---

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Contract for LTL (freight) | XPO Logistics-Freight,Inc. - CNWY P.O. Box 5160 Portland, OR 97208-5160 |
|---|---|---|---|

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining          Unknown

List the contract number of any
government contract          _____

Fill in this information to identify the case:

Debtor name   Thomson-Shore, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**        Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br>City  State  Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City  State  Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City  State  Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City  State  Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name  Thomson-Shore, Inc.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other _____ | $4,167,752.46 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $25,338,219.00 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $23,610,020.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE LIST ATTACHED TO SOFA** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Steven Karbowski v. Thomson-Shore, Inc. | Workers compensation | Cadillace Place<br>3026 West Grand Boulevard<br>Suite 3-700<br>Detroit, MI 48202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Sandra Castle v. Thomson-Shore, Inc. | Workers compensation | Cadillac Place<br>3026 West Grand Boulevard<br>Suite 3-700<br>Detroit, MI 48202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | 826 Michigan<br>115 E. Liberty St.<br>Ann Arbor, MI 48104 | Cash | 2017 | $8,260.00 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | AAUP<br>28 West 36th St., Suite 602<br>New York, NY 10018 | Job 14686 2017 Directory | 2017 | $2,883.24 |
| | **Recipients relationship to debtor** | | | |
| 9.3. | Penguin Random House<br>1745 Broadway<br>New York, NY 10019 | Job 16277 | 2017 | $128.52 |
| | **Recipients relationship to debtor** | | | |
| 9.4. | Pub. Prof Network<br>274 Redwood Shores Parkway,<br>#129<br>Redwood City, CA 94065 | T-S Job 18908 | 2017 | $828.85 |
| | **Recipients relationship to debtor** | | | |
| 9.5. | PubWest<br>4117501 hill Way<br>Lake Oswego, OR 97035 | Job 19601 - Printed Postcard | 2017 | $580.13 |
| | **Recipients relationship to debtor** | | | |
| 9.6. | Faith in Action<br>603 S. Main Street<br>Chelsea, MI 48118 | Cash | 2017 | $50.00 |
| | **Recipients relationship to debtor** | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.7. | Poets & Writers<br>P.O. Box 422460<br>Palm Coast, FL 32142 | Tickets for Karen and Karen in New York (Fundraiser) | 2017 | $1,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.8. | Alliance for Young Art<br>557 Brodway<br>New York, NY 10018 | Scholastic Wright Awards | 2017 | $3,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.9. | Dexter Daze<br>P.O. Box 31<br>Dexter, MI 48130 | Sponsorship | 2017 | $100.00 |
| | **Recipients relationship to debtor** | | | |
| 9.10. | Jasmynn's Voice<br>P.O. Box 1592<br>Adrian, MI 49221 | Cash | 2017 | $75.00 |
| | **Recipients relationship to debtor** | | | |
| 9.11. | 825 Michigan<br>115 E. Liberty St.<br>Ann Arbor, MI 48104 | Cash | 2018 | $4,826.00 |
| | **Recipients relationship to debtor** | | | |
| 9.12. | AAUP<br>28 West 36th Street, Suite 602<br>New York, NY 10018 | Job 20592 - 2018 Directory | 2018 | $2,954.14 |
| | **Recipients relationship to debtor** | | | |
| 9.13. | The Arts Alliance<br>1100 N. Main St., #106B<br>Ann Arbor, MI 48104 | Cash | 2018 | $2,250.00 |
| | **Recipients relationship to debtor** | | | |
| 9.14. | Small Press Distribution<br>1341 Seventh Street<br>Berkeley, CA 94710-1403 | Cash | 2018 | $250.00 |
| | **Recipients relationship to debtor** | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.15. | Ike and Ella Fund<br>P.O. Box 62<br>Milan, MI 48160 | Cash | 2018 | $150.00 |
| | **Recipients relationship to debtor** | | | |

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | Firm applied 44,996.50 to work performed prepetition. The balance of the retainer is 6,720.50 being held in trust. | |
| | Goldstein Bershad & Fried PC<br>4000 Town Center<br>Suite 1200<br>Southfield, MI 48075 | | | $51,717.00 |
| | **Email or website address**<br>www.bk-lawyer.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | Firm received a $30,000 retainer. Upon filing the application to employ as special counsel debtor will disclose amount applied to prepetition invoices and remaining amount held in trust. | |
| Eby Conner Smillie & Borque 301 N. Main Ste Fl2 Ann Arbor, MI 48104 | | | $30,000.00 |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.

Customer orders

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Adair Graphic Communications<br>7850 Second Street<br>Dexter, MI 48130 | Debtor | Books | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Customers of Thomson-Shore, Inc.<br>Dexter, MI 48130 | 7300 West Joy Road<br>Dexter, MI 48130 | Debtor is holding all distribution/fulfillment inventory owned by customers; customer supplied components; and customer paper included within inventory. | Unknown |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Plante & Moran, PLLC<br>1000 Oakbrook Drive<br>Suite 400<br>Ann Arbor, MI 48104-6815 | ???? |
| 26a.2. | Diane Hill<br>7300 West Joy Road<br>Dexter, MI 48130 | May 2011 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Plante & Moran, PLLC<br>1000 Oakbrook Drive<br>Suite 400<br>Ann Arbor, MI 48104 | 2016-2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Old National Bancorp.<br>One Main Street<br>PO Box 718<br>Evansville, IN 47705-0718 |
| 26d.2. | Crestmark Bank<br>5480 Corporate Dr # 350<br>Troy, MI 48098 |
| 26d.3. | Kennedy Funding Financial<br>930 Sylvan Ave<br>Englewood Cliffs, NJ 07632 |

| Name and address |
|---|
| 26d.4.    Context Business Lending<br>401 City Avenue<br>Suite 812<br>Bala Cynwyd, PA 19004 |
| 26d.5.    Worzalla<br>3535 Jefferson St.<br>Stevens Point, WI 54481 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Pat Miller | October 2018 | $621,899 |

| Name and address of the person who has possession of inventory records |
|---|
| Thomson-Shore, Inc.<br>7300 West Joy Road<br>Dexter, MI 48130 |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | Carl Trisdale | January 31, 2019 | $435,096.00 |

| Name and address of the person who has possession of inventory records |
|---|
| Thomson-Shore, Inc.<br>7300 West Joy Road<br>Dexter, MI 48130 |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Shima | 7300 West Joy Road<br>Dexter, MI 48130 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Mattison | 7300 West Joy Road<br>Dexter, MI 48130 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lori Minnick | 7300 West Joy Road<br>Dexter, MI 48130 | Executive Director of People | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Kevin Spall | 7300 West Joy Road Dexter, MI 48130 | Chief Executive Officer | 9/29/08 - 1/18/19 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Lori Minnick | 7300 West Joy Road Dexter, MI 48130 | Executive Director of People | 3/20/00 - present |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| James Megyesi | 7300 West Joy Road Dexter, MI 48130 | Executive Vice President | 1/17/17 - 12/28/18 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Kevin Spall 7300 West Joy Road Dexter, MI 48130 | $301,204 | 2018-2019 | Salary, board of director, personal charges, expense reports |
| | **Relationship to debtor** Former CEO | | | |
| 30.2. | James Megyesi 7300 West Joy Road Dexter, MI 48130 | $156,623 | 2018-2019 | Salary, expense reports |
| | **Relationship to debtor** Former CFO | | | |
| 30.3. | Lori Minnick 7300 West Joy Road Dexter, MI 48130 | $115,839 | 2018-2019 | Salary, expense reports |
| | **Relationship to debtor** Executive Director of People | | | |
| 30.4. | Peter Shima 7300 West Joy Road Dexter, MI 48130 | $34,337 | 2019 | Salary |
| | **Relationship to debtor** CEO | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | Benjamin Mattison<br>7300 West Joy Road<br>Dexter, MI 48130 | $27,536 | 2019 | Salary, consulting |
| | **Relationship to debtor**<br>CFO | | | |
| 30.6. | Bob Durgy<br>7300 West Joy Road<br>Dexter, MI 48130 | $298,811 | 2018-2019 | Salary, bonus, equipment buyback, expense reports |
| | **Relationship to debtor** | | | |
| 30.7. | Bob Gospodarek<br>7300 West Joy Road<br>Dexter, MI 48130 | $172,873 | 2018-2019 | Salary, bonus, equipment buyback, expense reports |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 25, 2019

/s/ Peter Shima                                            Peter Shima
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| supplier_key | supplier_name | default_terms | default_payment_method | PayDate | payment_id_num | payment_amount |
|---|---|---|---|---|---|---|
| 14145 | Action Packaging Co | 1% 10/net 30 | Transfer | 12/18/2018 | 12399 | $4,489.71 |
| 14145 | Action Packaging Co | 1% 10/net 30 | Transfer | 03/01/2019 | 12601 | $3,773.29 |
| 14443 | Adair Printing Techn | 1st | Check | 01/22/2019 | 211140 | $2,816.38 |
| 14443 | Adair Printing Techn | 1st | Check | 02/14/2019 | 211229 | $2,816.38 |
| 14443 | Adair Printing Techn | 1st | Check | 03/13/2019 | 211376 | $2,816.38 |
| 13900 | Aero Corporation | Net 30 | Check | 12/26/2018 | 12405 | $0.00 |
| 13900 | Aero Corporation | Net 30 | Check | 12/26/2018 | 12406 | $0.00 |
| 13900 | Aero Corporation | Net 30 | Check | 01/04/2019 | 211067 | $1,838.71 |
| 13900 | Aero Corporation | Net 30 | Check | 01/31/2019 | 12508 | $0.00 |
| 13900 | Aero Corporation | Net 30 | Check | 02/08/2019 | 211217 | $5,179.12 |
| 14014 | Basic Inc | Net 15 | Transfer | 12/28/2018 | 12419 | $2,191.27 |
| 14014 | Basic Inc | Net 15 | Transfer | 01/10/2019 | 12448 | $2,526.89 |
| 14014 | Basic Inc | Net 15 | Transfer | 01/24/2019 | 12485 | $2,416.89 |
| 14014 | Basic Inc | Net 15 | Transfer | 01/30/2019 | 12499 | $539.49 |
| 14014 | Basic Inc | Net 15 | Transfer | 02/07/2019 | 12542 | $2,264.81 |
| 14014 | Basic Inc | Net 15 | Transfer | 02/21/2019 | 12578 | $2,154.40 |
| 14014 | Basic Inc | Net 15 | Transfer | 03/07/2019 | 12626 | $2,154.40 |
| 14014 | Basic Inc | Net 15 | Transfer | 03/08/2019 | 12630 | $539.49 |
| 14014 | Basic Inc | Net 15 | Transfer | 03/08/2019 | 12648 | $0.00 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 12/20/2018 | 211048 | $6,597.95 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 12/28/2018 | 211058 | $10,000.32 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 01/04/2019 | 211068 | $10,664.03 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 01/04/2019 | 211081 | $6,597.95 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 01/11/2019 | 211088 | $9,861.44 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 01/18/2019 | 211115 | $10,171.78 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 01/25/2019 | 211145 | $10,032.00 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 02/01/2019 | 211176 | $10,484.00 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 02/08/2019 | 211205 | $11,660.00 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 02/27/2019 | 211289 | $9,750.20 |
| 15250 | BC Adhesives | /NET ON RCT | Check | 03/08/2019 | 211334 | $5,931.05 |
| 14962 | BindTech Inc | Net 30 | Transfer | 12/28/2018 | 12426 | $29,130.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 12/31/2018 | 12427 | $6,600.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 12/31/2018 | 12428 | $2,940.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 01/07/2019 | 12439 | $5,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14962 | BindTech Inc | Net 30 | Transfer | 01/14/2019 | 12460 | $7,388.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 01/25/2019 | 12487 | $7,500.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 02/01/2019 | 12514 | $7,500.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 02/08/2019 | 12545 | $6,262.20 |
| 14962 | BindTech Inc | Net 30 | Transfer | 02/08/2019 | 12545 | $1,237.80 |
| 14962 | BindTech Inc | Net 30 | Transfer | 02/15/2019 | 12560 | $7,850.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 02/22/2019 | 12581 | $10,007.00 |
| 14962 | BindTech Inc | Net 30 | Transfer | 02/27/2019 | 12590 | $9,553.10 |
| 14962 | BindTech Inc | Net 30 | Transfer | 03/01/2019 | 12619 | $10,353.02 |
| 14962 | BindTech Inc | Net 30 | Transfer | 03/08/2019 | 12631 | $10,000.00 |
| 14021 | Blue Cross Blue Shiel/NET ON RCT | | Transfer | 01/03/2019 | 12436 | $111,132.89 |
| 14021 | Blue Cross Blue Shiel/NET ON RCT | | Transfer | 02/08/2019 | 12554 | $137,057.40 |
| 14021 | Blue Cross Blue Shiel/NET ON RCT | | Transfer | 03/08/2019 | 12645 | $128,028.71 |
| 14021 | Blue Cross Blue Shiel/NET ON RCT | | Transfer | 03/08/2019 | 12649 | $0.00 |
| 8056 | Blue Oak, LLC (Ben N/NET ON RCT | | Transfer | 02/01/2019 | 12515 | $5,040.00 |
| 8056 | Blue Oak, LLC (Ben N/NET ON RCT | | Transfer | 02/08/2019 | 12546 | $2,430.00 |
| 8056 | Blue Oak, LLC (Ben N/NET ON RCT | | Transfer | 02/25/2019 | 12588 | $5,220.00 |
| 8056 | Blue Oak, LLC (Ben N/NET ON RCT | | Transfer | 03/01/2019 | 12602 | $4,320.00 |
| 8056 | Blue Oak, LLC (Ben N/NET ON RCT | | Transfer | 03/08/2019 | 12632 | $2,700.00 |
| 10246 | Book Automation In/Net 30 | | Transfer | 12/20/2018 | 12400 | $625.70 |
| 10246 | Book Automation In/Net 30 | | Transfer | 02/08/2019 | 12547 | $5,110.20 |
| 10246 | Book Automation In/Net 30 | | Transfer | 03/01/2019 | 12603 | $2,771.70 |
| 10078 | Braden Sutphin Ink./1% 15,Net 30 | | Check | 12/20/2018 | 211049 | $1,039.87 |
| 10078 | Braden Sutphin Ink./1% 15,Net 30 | | Check | 02/08/2019 | 211219 | $8,243.20 |
| 14486 | Canon/Oce, Inc (do Net 30 | | Check | 12/20/2018 | 211050 | $5,691.33 |
| 14486 | Canon/Oce, Inc (do Net 30 | | Check | 02/01/2019 | 211177 | $5,691.33 |
| 14486 | Canon/Oce, Inc (do Net 30 | | Check | 02/08/2019 | 211206 | $5,807.43 |
| 14486 | Canon/Oce, Inc (do Net 30 | | Check | 02/15/2019 | 211235 | $7,225.69 |
| 14486 | Canon/Oce, Inc (do Net 30 | | Check | 03/01/2019 | 211299 | $5,691.33 |
| 14486 | Canon/Oce, Inc (do Net 30 | | Check | 03/08/2019 | 211335 | $5,691.33 |
| 14013 | Circle, Inc. (SGSNA-CNet 30 | | Check | 01/04/2019 | 211069 | $11,669.51 |
| 14013 | Circle, Inc. (SGSNA-CNet 30 | | Check | 01/04/2019 | 211082 | $6,795.74 |
| 14013 | Circle, Inc. (SGSNA-CNet 30 | | Check | 01/17/2019 | 211106 | $25,103.02 |
| 14013 | Circle, Inc. (SGSNA-CNet 30 | | Check | 02/01/2019 | 211178 | $24,016.74 |
| 14013 | Circle, Inc. (SGSNA-CNet 30 | | Check | 02/15/2019 | 211238 | $24,160.24 |
| 14013 | Circle, Inc. (SGSNA-CNet 30 | | Check | 03/01/2019 | 211301 | $24,000.50 |
| 10075 | City Of Dexter (Sewe10th | | Check | 01/25/2019 | 211146 | $4,071.60 |
| 10075 | City Of Dexter (Sewe10th | | Check | 02/28/2019 | 211292 | $4,772.46 |

| | | | | | |
|---|---|---|---|---|---:|
| 15164 | Constellation NewEr/NET ON RCT | Check | 12/20/2018 | 211051 | $15,755.18 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 01/04/2019 | 211071 | $15,000.00 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 01/11/2019 | 211089 | $15,000.00 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 01/18/2019 | 211117 | $15,000.00 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 01/30/2019 | 211166 | $26,336.82 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 02/08/2019 | 211207 | $10,000.00 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 02/22/2019 | 211268 | $50,000.30 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 03/01/2019 | 211304 | $5,000.43 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 03/08/2019 | 211337 | $5,000.00 |
| 15164 | Constellation NewEr/NET ON RCT | Check | 03/08/2019 | 211372 | $15,000.00 |
| 11115 | Diecutting Services I Net 30 | Check | 01/18/2019 | 211118 | $3,339.77 |
| 11115 | Diecutting Services I Net 30 | Check | 02/08/2019 | 211208 | $1,167.76 |
| 11115 | Diecutting Services I Net 30 | Check | 02/22/2019 | 211270 | $1,083.13 |
| 11115 | Diecutting Services I Net 30 | Check | 03/01/2019 | 211306 | $1,538.60 |
| 11115 | Diecutting Services I Net 30 | Check | 03/08/2019 | 211340 | $2,193.45 |
| 13161 | Eastman Kodak, Co,I Net 30 | Check | 02/01/2019 | 211180 | $4,576.25 |
| 13161 | Eastman Kodak, Co,I Net 30 | Check | 02/08/2019 | 211209 | $4,576.25 |
| 13161 | Eastman Kodak, Co,I Net 30 | Check | 02/15/2019 | 211242 | $13,326.25 |
| 13161 | Eastman Kodak, Co,I Net 30 | Check | 03/01/2019 | 211307 | $8,750.00 |
| 13161 | Eastman Kodak, Co,I Net 30 | Check | 03/08/2019 | 12651 | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 01/03/2019 | 12430 | $12,600.36 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 01/11/2019 | 12451 | $3,811.80 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 01/18/2019 | 12475 | $5,811.51 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 01/25/2019 | 12488 | $13,397.93 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 02/01/2019 | 12518 | $14,573.52 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 02/15/2019 | 12561 | $515.28 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 02/22/2019 | 12582 | $2,630.56 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 03/01/2019 | 12605 | $6,063.00 |
| 10060 | Ecological Fibers, Inc Net 30 | Transfer | 03/08/2019 | 12633 | $4,891.43 |
| 10163 | EFI, Inc.    Net 30 | Check | 01/18/2019 | 211119 | $4,646.73 |
| 10163 | EFI, Inc.    Net 30 | Check | 02/01/2019 | 211182 | $5,000.00 |
| 10163 | EFI, Inc.    Net 30 | Check | 03/01/2019 | 211308 | $10,000.00 |
| 14796 | Erd Speciality Graph Net 30 | Check | 01/30/2019 | 211168 | $5,240.64 |
| 14796 | Erd Speciality Graph Net 30 | Check | 02/08/2019 | 211210 | $4,533.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14796 | Erd Speciality Graphi | Net 30 | Check | 03/01/2019 | 211309 | $4,817.60 |
| 14796 | Erd Speciality Graphi | Net 30 | Check | 03/08/2019 | 211344 | $1,584.60 |
| 11786 | Flint Group North Ar | Net 30 | Check | 01/14/2019 | 211098 | $5,623.80 |
| 11786 | Flint Group North Ar | Net 30 | Check | 01/18/2019 | 211120 | $601.51 |
| 11786 | Flint Group North Ar | Net 30 | Check | 01/29/2019 | 211162 | $643.55 |
| 11786 | Flint Group North Ar | Net 30 | Check | 02/08/2019 | 211220 | $7,334.95 |
| 11786 | Flint Group North Ar | Net 30 | Check | 02/11/2019 | 211221 | $2,836.50 |
| 11786 | Flint Group North Ar | Net 30 | Check | 02/19/2019 | 211259 | $3,568.85 |
| 11786 | Flint Group North Ar | Net 30 | Check | 03/05/2019 | 211326 | $11,295.00 |
| 11663 | FujiFilm Graphic Syst | 3% 10th prox | Transfer | 01/14/2019 | 12461 | $6,951.04 |
| 11663 | FujiFilm Graphic Syst | 3% 10th prox | Transfer | 01/16/2019 | 12465 | $12,874.69 |
| 11663 | FujiFilm Graphic Syst | 3% 10th prox | Transfer | 02/01/2019 | 12519 | $18,308.96 |
| 11663 | FujiFilm Graphic Syst | 3% 10th prox | Transfer | 02/08/2019 | 12555 | $17,054.18 |
| 11663 | FujiFilm Graphic Syst | 3% 10th prox | Transfer | 03/05/2019 | 12620 | $5,636.95 |
| 11037 | General Roll Leaf Mf | 1% 10/net 30 | Check | 12/28/2018 | 211059 | $1,300.25 |
| 11037 | General Roll Leaf Mf | 1% 10/net 30 | Check | 01/17/2019 | 211108 | $3,677.86 |
| 11037 | General Roll Leaf Mf | 1% 10/net 30 | Check | 02/11/2019 | 211222 | $1,534.46 |
| 11037 | General Roll Leaf Mf | 1% 10/net 30 | Check | 03/01/2019 | 211310 | $1,010.63 |
| 11037 | General Roll Leaf Mf | 1% 10/net 30 | Check | 03/08/2019 | 211346 | $1,139.99 |
| | | | | | | |
| 7891 | Grafika LLC       /NET ON RCT | | Transfer | 01/09/2019 | 12441 | $5,047.60 |
| 7891 | Grafika LLC       /NET ON RCT | | Transfer | 02/01/2019 | 12520 | $5,629.40 |
| 7891 | Grafika LLC       /NET ON RCT | | Transfer | 02/08/2019 | 12548 | $5,856.17 |
| 14752 | Graphic Specialties, I | Net 30 | Check | 01/17/2019 | 211109 | $2,334.58 |
| 14752 | Graphic Specialties, I | Net 30 | Check | 01/28/2019 | 211157 | $8,230.55 |
| 14752 | Graphic Specialties, I | Net 30 | Check | 02/01/2019 | 211185 | $480.64 |
| 14752 | Graphic Specialties, I | Net 30 | Check | 02/08/2019 | 211211 | $1,424.96 |
| 14752 | Graphic Specialties, I | Net 30 | Check | 02/11/2019 | 211223 | $13,511.55 |
| 10038 | Great Lakes Bindery, | Net 30 | Check | 12/21/2018 | 211055 | $780.39 |
| 10038 | Great Lakes Bindery, | Net 30 | Check | 12/28/2018 | 211060 | $2,000.00 |
| 10038 | Great Lakes Bindery, | Net 30 | Check | 01/04/2019 | 211075 | $7,832.00 |
| 10038 | Great Lakes Bindery, | Net 30 | Check | 01/18/2019 | 211124 | $2,001.00 |
| 10038 | Great Lakes Bindery, | Net 30 | Check | 01/30/2019 | 211169 | $2,342.50 |
| 10038 | Great Lakes Bindery, | Net 30 | Check | 02/11/2019 | 211224 | $1,430.70 |
| 15332 | Hamernik LLC /GL 1- | /NET ON RCT | Transfer | 02/15/2019 | 12562 | $1,000.00 |
| 15332 | Hamernik LLC /GL 1- | /NET ON RCT | Transfer | 02/22/2019 | 12587 | $10,000.29 |
| 15332 | Hamernik LLC /GL 1- | /NET ON RCT | Transfer | 03/01/2019 | 12614 | $8,850.00 |
| 15332 | Hamernik LLC /GL 1- | /NET ON RCT | Transfer | 03/08/2019 | 12646 | $10,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10165 | Heidelberg USA, Inc. 2% 10,net 30 | Transfer | 12/27/2018 | 12421 | | $3,400.02 |
| 10165 | Heidelberg USA, Inc. 2% 10,net 30 | Transfer | 01/31/2019 | 12512 | | $16,222.89 |
| 10165 | Heidelberg USA, Inc. 2% 10,net 30 | Transfer | 02/06/2019 | 12544 | | $8,842.89 |
| 10165 | Heidelberg USA, Inc. 2% 10,net 30 | Transfer | 03/08/2019 | 12634 | | $315.00 |
| 10165 | Heidelberg USA, Inc. 2% 10,net 30 | Transfer | 03/08/2019 | 12652 | | $0.00 |
| 14680 | Heritage-Crystal Clea/NET ON RCT | Check | 01/29/2019 | | 211163 | $8,499.07 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 01/11/2019 | | 211090 | $4,913.48 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 01/15/2019 | | 211103 | $26,086.52 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 01/25/2019 | | 211150 | $5,880.73 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 02/01/2019 | | 211186 | $4,044.79 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 02/08/2019 | | 211212 | $12,076.73 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 02/15/2019 | | 211246 | $3,988.00 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 03/01/2019 | | 211311 | $12,689.68 |
| 13188 | Indigo America,Inc/I Net 30 | Check | 03/08/2019 | | 211349 | $3,988.00 |
| 8063 | Kennedy Funding Fir/NET ON RCT | Transfer | 01/31/2019 | 12501 | | $10,000.00 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 12/28/2018 | 12422 | | $16,120.04 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 01/03/2019 | 12431 | | $12,690.87 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 01/11/2019 | 12453 | | $14,342.52 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 01/18/2019 | 12476 | | $9,707.11 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 01/29/2019 | 12497 | | $13,213.19 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 02/04/2019 | 12537 | | $7,224.65 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 02/15/2019 | 12564 | | $13,270.67 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 02/22/2019 | 12583 | | $5,206.00 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 03/01/2019 | 12606 | | $16,655.93 |
| 13942 | LBS, Inc. (RA-COC-00Net 30 | Transfer | 03/08/2019 | 12635 | | $5,373.84 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 12/21/2018 | 12404 | | $80,000.00 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 12/21/2018 | 12405 | | $80,000.00 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 12/28/2018 | 12423 | | $67,136.01 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 01/03/2019 | 12437 | | $102,049.01 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 01/10/2019 | 12442 | | $82,765.02 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 01/14/2019 | 12462 | | $81,645.55 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 01/18/2019 | 12477 | | $153,044.76 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 01/29/2019 | 12498 | | $148,491.58 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 01/31/2019 | 12513 | | $134,992.78 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 02/08/2019 | 12549 | | $134,872.90 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 02/15/2019 | 12565 | | $110,106.82 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 02/22/2019 | 12584 | | $103,038.94 |
| 14863 | Lindenmeyr Munroe1% 30,net 31 | Transfer | 02/25/2019 | 12589 | | $110,626.48 |

| | | | | | |
|---|---|---|---|---|---|
| 14863 | Lindenmeyr Munroe 1% 30,net 31 | Transfer | 02/28/2019 | 12600 | $158,253.34 |
| 14863 | Lindenmeyr Munroe 1% 30,net 31 | Transfer | 03/08/2019 | 12636 | $136,241.86 |
| 14863 | Lindenmeyr Munroe 1% 30,net 31 | Transfer | 03/08/2019 | 12658 | $65,000.00 |
| 14863 | Lindenmeyr Munroe 1% 30,net 31 | Transfer | 03/12/2019 | 12659 | $71,241.86 |
| 7438 | Masterson Personne Net 30 | Check | 02/01/2019 | 211192 | $10,000.42 |
| 7438 | Masterson Personne Net 30 | Check | 02/08/2019 | 211214 | $1,500.00 |
| 7438 | Masterson Personne Net 30 | Check | 02/15/2019 | 211250 | $7,684.76 |
| 7438 | Masterson Personne Net 30 | Check | 02/22/2019 | 211273 | $950.73 |
| 7438 | Masterson Personne Net 30 | Check | 03/08/2019 | 211357 | $8,450.23 |
| 14437 | Michigan Pallet Inc  Net 30 | Check | 01/04/2019 | 211077 | $3,347.15 |
| 14437 | Michigan Pallet Inc  Net 30 | Check | 01/04/2019 | 211083 | $4,754.55 |
| 14437 | Michigan Pallet Inc  Net 30 | Check | 01/18/2019 | 211128 | $2,421.47 |
| 14437 | Michigan Pallet Inc  Net 30 | Check | 01/28/2019 | 211159 | $4,977.45 |
| 14437 | Michigan Pallet Inc  Net 30 | Check | 02/28/2019 | 211293 | $3,472.20 |
| 11580 | Millcraft Paper Comj 1% 10/net 30 | Check | 12/20/2018 | 211053 | $5,000.00 |
| 11580 | Millcraft Paper Comj 1% 10/net 30 | Check | 01/14/2019 | 211101 | $1,968.48 |
| 11580 | Millcraft Paper Comj 1% 10/net 30 | Check | 02/01/2019 | 211193 | $2,499.99 |
| 11580 | Millcraft Paper Comj 1% 10/net 30 | Check | 02/15/2019 | 211252 | $1,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 12/21/2018 | 12403 | $3,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 12/28/2018 | 12425 | $5,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 01/03/2019 | 12435 | $5,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 01/10/2019 | 12443 | $5,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 01/17/2019 | 12466 | $5,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 01/25/2019 | 12493 | $5,000.00 |
| 15262 | Milo Worldwide LLC /NET ON RCT | Transfer | 02/01/2019 | 12528 | $2,191.82 |
| 11178 | Morrison Industrial I Net 15 | Check | 02/01/2019 | 211194 | $6,859.67 |

| | | | | | |
|---|---|---|---|---|---|
| 10079 | Neenah Inc. (RA-COC1% 10/net 30 | Transfer | 01/28/2019 | 12495 | $23,069.04 |
| 10079 | Neenah Inc. (RA-COC1% 10/net 30 | Transfer | 01/30/2019 | 12500 | $2,091.55 |
| 10079 | Neenah Inc. (RA-COC1% 10/net 30 | Transfer | 03/08/2019 | 12638 | $8,998.37 |
| 15015 | NeoFunds Neopost(I/NET ON RCT | Transfer | 12/31/2018 | 12429 | $1,579.72 |
| 15015 | NeoFunds Neopost(I/NET ON RCT | Transfer | 01/25/2019 | 12494 | $1,431.47 |
| 15015 | NeoFunds Neopost(I/NET ON RCT | Transfer | 02/13/2019 | 12557 | $1,688.95 |
| 15015 | NeoFunds Neopost(I/NET ON RCT | Transfer | 03/08/2019 | 12639 | $2,003.52 |
| 15198 | NFS Leasing, Inc. (de/NET ON RCT | Transfer | 01/18/2019 | 12470 | $4,053.91 |
| 15198 | NFS Leasing, Inc. (de/NET ON RCT | Transfer | 01/18/2019 | 12471 | $2,937.79 |
| 15198 | NFS Leasing, Inc. (de/NET ON RCT | Transfer | 02/01/2019 | 12530 | $4,053.91 |
| 15198 | NFS Leasing, Inc. (de/NET ON RCT | Transfer | 03/01/2019 | 12616 | $4,053.91 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 12/31/2018 | 211062 | $30,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/02/2019 | 211063 | $54,008.75 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/04/2019 | 211078 | $10,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/11/2019 | 211095 | $6,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/18/2019 | 211129 | $2,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/22/2019 | 211142 | $9,009.30 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/24/2019 | 211144 | $2,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/25/2019 | 211151 | $5,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 01/31/2019 | 12511 | $0.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 02/01/2019 | 211201 | $54,008.75 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 02/01/2019 | 211202 | $9,009.30 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 02/08/2019 | 211215 | $2,000.00 |
| 14779 | Old National Bank/U/NET ON RCT | Check | 03/08/2019 | 12656 | $0.00 |
| 14276 | Owosso Graphic Art:Net 30 | Check | 01/18/2019 | 211131 | $2,862.24 |
| 14276 | Owosso Graphic Art:Net 30 | Check | 02/01/2019 | 211195 | $539.76 |
| 14276 | Owosso Graphic Art:Net 30 | Check | 02/13/2019 | 211228 | $1,318.80 |
| 14276 | Owosso Graphic Art:Net 30 | Check | 03/01/2019 | 211318 | $1,728.48 |
| 14276 | Owosso Graphic Art:Net 30 | Check | 03/08/2019 | 211363 | $1,131.35 |
| 90489 | Robert Durgy  (EE)  /NET ON RCT | Transfer | 01/11/2019 | 12454 | $1,733.95 |

| | | | | | |
|---|---|---|---|---|---|
| 90489 | Robert Durgy (EE) /NET ON RCT | Transfer | 01/17/2019 | 12467 | $3,460.89 |
| 90489 | Robert Durgy (EE) /NET ON RCT | Transfer | 02/01/2019 | 12523 | $484.70 |
| 90489 | Robert Durgy (EE) /NET ON RCT | Transfer | 02/15/2019 | 12568 | $4,537.20 |
| 90489 | Robert Durgy (EE) /NET ON RCT | Transfer | 03/01/2019 | 12609 | $3,115.38 |
| 90489 | Robert Durgy (EE) /NET ON RCT | Transfer | 03/07/2019 | 12628 | $20,745.14 |
| 15095 | Sentry Insurance, Inc/NET ON RCT | Transfer | 01/18/2019 | 12472 | $11,963.90 |
| 15095 | Sentry Insurance, Inc/NET ON RCT | Transfer | 02/01/2019 | 12531 | $11,963.90 |
| 15095 | Sentry Insurance, Inc/NET ON RCT | Transfer | 03/01/2019 | 12617 | $12,013.40 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 01/11/2019 | 12455 | $11,854.41 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 01/14/2019 | 12463 | $22,789.98 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 01/25/2019 | 12489 | $4,930.85 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 01/28/2019 | 12496 | $11,209.68 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 02/08/2019 | 12556 | $13,434.84 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 02/15/2019 | 12569 | $6,802.20 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 02/21/2019 | 12580 | $4,554.35 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 03/01/2019 | 12610 | $19,479.73 |
| 14412 | Transcendia Inc    Net 30 | Transfer | 03/08/2019 | 12641 | $4,499.14 |
| 10051 | United Parcel Servic Net 30 | Transfer | 01/03/2019 | 12432 | $10,812.73 |
| 10051 | United Parcel Servic Net 30 | Transfer | 01/11/2019 | 12456 | $5,719.96 |
| 10051 | United Parcel Servic Net 30 | Transfer | 01/25/2019 | 12490 | $5,480.06 |
| 10051 | United Parcel Servic Net 30 | Transfer | 02/01/2019 | 12524 | $2,873.54 |
| 10051 | United Parcel Servic Net 30 | Transfer | 02/08/2019 | 12550 | $3,216.76 |
| 10051 | United Parcel Servic Net 30 | Transfer | 02/15/2019 | 12570 | $5,455.11 |
| 10051 | United Parcel Servic Net 30 | Transfer | 03/01/2019 | 12611 | $4,148.35 |
| 10051 | United Parcel Servic Net 30 | Transfer | 03/08/2019 | 12642 | $6,195.14 |
| 13081 | University Lithoprint Net 30 | Check | 02/01/2019 | 211199 | $953.08 |
| 13081 | University Lithoprint Net 30 | Check | 02/11/2019 | 211226 | $4,891.54 |
| 13081 | University Lithoprint Net 30 | Check | 03/01/2019 | 211321 | $1,468.98 |
| 13839 | US Bancorp CC 1-21 /NET ON RCT | Transfer | 12/26/2018 | 12411 | $14,892.59 |
| 13839 | US Bancorp CC 1-21 /NET ON RCT | Transfer | 01/11/2019 | 12457 | $15,343.69 |
| 13839 | US Bancorp CC 1-21 /NET ON RCT | Transfer | 02/13/2019 | 12558 | $18,299.03 |
| 13839 | US Bancorp CC 1-21 /NET ON RCT | Transfer | 03/13/2019 | 12660 | $12,690.12 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 12/26/2018 | 12412 | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 12/26/2018 | 12413 | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 12/26/2018 | 12414 | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 01/31/2019 | 12502 | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 01/31/2019 | 12503 | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 01/31/2019 | 12504 | $2,500.00 |

| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 01/31/2019 | 12505 | | $2,500.00 |
|---|---|---|---|---|---|---|
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 01/31/2019 | 12506 | | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 01/31/2019 | 12507 | | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 02/28/2019 | 12596 | | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 02/28/2019 | 12597 | | $2,500.00 |
| 14649 | US Postal Service (Er/NET ON RCT | Transfer | 02/28/2019 | 12598 | | $2,500.00 |
| 10904 | Veritiv (SGSNA-COC-1% 30,net 31 | Transfer | 01/03/2019 | 12433 | | $5,000.00 |
| 10904 | Veritiv (SGSNA-COC-1% 30,net 31 | Transfer | 01/11/2019 | 12458 | | $4,905.10 |
| 10904 | Veritiv (SGSNA-COC-1% 30,net 31 | Transfer | 01/18/2019 | 12478 | | $5,000.00 |
| 10904 | Veritiv (SGSNA-COC-1% 30,net 31 | Transfer | 02/01/2019 | 12525 | | $4,295.21 |
| 10904 | Veritiv (SGSNA-COC-1% 30,net 31 | Transfer | 02/08/2019 | 12551 | | $4,166.26 |
| 10904 | Veritiv (SGSNA-COC-1% 30,net 31 | Transfer | 02/15/2019 | 12571 | | 5000 |
| 10422 | Webster Township T/NET ON RCT | Check | 02/28/2019 | | 1715675 | 30745.15 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 12/28/2018 | 12417 | | 16113.93 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 01/10/2019 | 12446 | | 15033.92 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 01/18/2019 | 12473 | | 15001.23 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 01/18/2019 | 2361 | | 15001.23 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 01/24/2019 | 12483 | | 13752.51 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 02/07/2019 | 12540 | | 12972.71 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 02/21/2019 | 12576 | | 13345.13 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 02/21/2019 | 12591 | | 13206.27 |
| 15253 | Wells Fargo / Princip/NET ON RCT | Transfer | 03/07/2019 | 12624 | | 13706.18 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 01/18/2019 | | 211137 | 9505.4 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 02/01/2019 | | 211200 | 10236.6 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 02/08/2019 | | 211216 | 10000 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 02/15/2019 | | 211257 | 8693.14 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 02/20/2019 | | 211261 | 18693.14 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 02/22/2019 | | 211262 | 8816.37 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 03/01/2019 | | 211325 | 5000 |
| 15171 | WestRock/Plymouth/NET ON RCT | Check | 03/08/2019 | | 211370 | 8941.02 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 01/07/2019 | 12440 | | 3168.41 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 01/14/2019 | 12464 | | 25265.63 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 01/25/2019 | 12491 | | 25122.48 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 02/01/2019 | 12526 | | 4759.27 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 02/08/2019 | 12552 | | 1112.16 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 02/15/2019 | 12572 | | 2985.28 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 02/22/2019 | 12585 | | 4467.9 |
| 14382 | Woodland Paper, In(Net 30 | Transfer | 03/01/2019 | 12612 | | 11991.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14382 | Woodland Paper, Inc | Net 30 | Transfer | 03/08/2019 | 12643 | 9147.61 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 12/20/2018 | 12402 | 558.17 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 12/28/2018 | 12424 | 10018.28 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 01/03/2019 | 12434 | 17231.99 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 01/11/2019 | 12459 | 15598.92 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 01/18/2019 | 12479 | 829.73 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 01/18/2019 | 12480 | 10175.27 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 01/25/2019 | 12492 | 10090.24 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 02/01/2019 | 12527 | 10163 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 02/08/2019 | 12553 | 15056.24 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 02/15/2019 | 12573 | 16774.93 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 02/22/2019 | 12586 | 18817.13 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 03/01/2019 | 12613 | 20077.12 |
| 10302 | XPO Logistics Freight | Net 30 | Transfer | 03/08/2019 | 12644 | 41148.09 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Thomson-Shore, Inc.                                     Case No.

                                            Debtor(s)           Chapter    11

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ ]     **FLAT FEE**

        A.       For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

        B.       Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . _____

        C.       The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

     [ X ]    **RETAINER**

        A.       Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   50,000.00

        B.       The undersigned shall bill against the retainer at an hourly rate of $___325.00___. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $___1,717.00___ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

        A.       Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

        B.       Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

        C.       Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

        ~~D.~~       ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

        ~~E.~~       ~~Reaffirmations;~~

        ~~F.~~       ~~Redemptions;~~

        ~~G.~~       ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

                 Representation of the Debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions, reaffirmations, or any other adversary or contested proceeding. If retainer is exhausted, Debtor agrees to replace same and consents to withdrawal of attorney if retainer not replaced.

6. The source of payments to the undersigned was from:

        A.      __XX__          Debtor(s)' earnings, wages, compensation for services performed

        B.      _____    Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    March 25, 2019                                   /s/ Scott M. Kwiatkowski

                                                              Attorney for the Debtor(s)
Scott M. Kwiatkowski P-67871
Goldstein Bershad & Fried PC
4000 Town Center
Suite 1200
Southfield, MI 48075
248-355-5300

Agreed:    /s/ Peter Shima
             Peter Shima
             Debtor                                                  Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Thomson-Shore, Inc.                      Case No. _____

                                           Debtor(s)         Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 25, 2019                    Signature    /s/ Peter Shima

                                                                    Peter Shima

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

5 Minute Kids, LLC
3580 Crestwood Drive
Lapeer, MI 48446


A-Korn Roller, Inc.
3545 South Morgan Street
Chicago, IL 60609-1525


A.F. Branco Art
Antonio F. Branco
10596 Alta Vista Drive
Sedro Woolley, WA 98284


Absorb Tech
ITU Absorb Tech, Inc.
Bin 88479
Milwaukee, WI 53288


AccordWare, LLC
2250 Butterfield Drive
Suite 230
Troy, MI 48084


Action Packaging Corp.
A/R Department
Dept. 6082, P.O. Box 30516
Lansing, MI 48909-8016


Adair Graphic Communications
7850 Second Street
Dexter, MI 48130


ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875


Aero Corporation
1377 Tefft Court
Saline, MI 48176


Airgas Safety, Inc.
P.O. Box 802576
Chicago, IL 60680-2576

Alice Dreger
621 Sunset Lane
East Lansing, MI 48823

Allegra Print & Imaging
1283 Industrical Drive
Saline, MI 48176

Allied-Eagle Supply Co.
1801 Howard Street
Detroit, MI 48216

American Ribbon Manufacturers, Inc.
925 Ann Street
Stroudsburg, PA 18360

Amerikal Press Services
2115 Northwestern Ave.
Waukegan, IL 60087

Angel Dog Productions
5 Chelsea St.
Metamora, MI 48455

Angela Berent
650 Island Lake Rd.
Chelsea, MI 48118

Ann Arbor Graphic Arts, Inc.
Memorial Foundation
P.O. Box 1951
Ann Arbor, MI 48106

Anne C. Cooper
1104 Mill Pointe
Watkinsville, GA 30677

Anne McGivern
616 lake Avenue
Wilmette, IL 60091

Arbor Inspection Services, LLC
3735 Plaza Drive
Ann Arbor, MI 48108

Arbor Springs Water Co.
1440 Plymouth Rd.
Ann Arbor, MI 48105


ARC Indexing, Inc.
408 Heatherwood
Fairfield, IA 52556


ArcBest/ABF Freight-System, Inc.
P.O. Box 880
Taylor, MI 48180-0880


ARS Nova, LLC
P.O. Box 620254
Middleton, WI 53562


Arthur Baxter
Hawthorne Publishing
15601 Oak Road
Carmel, IN 46033


Associated Bag Company
P.O. Box 8820
Carol Stream, IL 60197-8820


ASTI Environmental
P.O. Box 2160
Brighton, MI 48116-2160


AT&T
PO Box 6416
Carol Stream, IL 60197


Author U Extravaganza
14160 E. Bellewood Drive
Aurora, CO 80015


Autobond, Inc.
P.O. Box 307
North Canton, CT 06059


Automatic Sales, LLC
3072 Ives Rd.
Tecumseh, MI 49286

Ava Gustafson
N6322 Country Line Rd.
Spooner, WI 54801


AXA / MONY Life Insurance Company
P.O. Box 733463
Dallas, TX 75373-3463


BAE Networks, LLC
950 Stephenson Hwy., Suite 204
Troy, MI 48083


Baldwin Graphic Systems/Baldwin Americas
26211 Newtork Place
Chicago, IL 60673-1262


Basic, Inc.
9246 Portage Industrial Drive
Portage, MI 49024


BC Adhesives
4655 W. Oakwood Park Drive
Franklin, WI 53132


Bearing Service, Inc.
12320 Globe St.
Livonia, MI 48150-1144


Berryville Graphics, Inc.
Attn: Accounts Receivable
25 Jack Enders Blvd.
Berryville, VA 22611-1501


Beyond The Blue Ministries
P.O. Box 498
Kingston, WA 98346


Bindtech, LLC
1232 Antioch Pike
Nashville, TN 37211


Blair F. Scott CA LLC
29 Wildwood Avenue
Mount Vernon, NY 10550

Blue Cross Blue Shield
P.O. Box 79001
Detroit, MI 48279-1045

Blue Cross Blue Shield of Michigan
232 S. Capitol Ave. - MCA L08A
Lansing, MI 48933-1504

Blue Oak, LLC
2490 Placid Way
Ann Arbor, MI 48105

Blue Ridge ESOP Associates
154 Hansen Road, Suite 102
Charlottesville, VA 22911

Bo-Dyn Bobsled Project, Inc.
71 Williams Road
Colchester, CT 06415

Book Automation, Inc.
458 Danbury Rd.
Unit B10
New Milford, CT 06776

Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, TX 75038

Braden Sutphin Ink/Wikoff Color Corp.
P.O. Box 734189
Chicago, IL 60673-4189

BrainSquall Books
10355 NE Valley Rd., #4736
Rollingbay, WA 98061

Bull Ridge Corporation
P.O. Box 10698
Blacksburg, VA 24062-0698

Bushin Books, LLC
180 West End Ave., #16 S
New York, NY 10023

C&B Cutter Grinding, Inc.
1125 Felters Road
P.O. Box 403
Michigan Center, MI 49254


Cadillac Presentations Solutions
1195 Equity Drive
Troy, MI 48084


Camp Sanderson, LLC
Jon Sanderson LLC
1157 Bicentennial Parkway
Ann Arbor, MI 48108


Canon/Oce, Inc.
5450 North Cumberland Avenue
Chicago, IL 60656


Capital Trustees, LLC
17 South Second Street
Suite 301
Harrisburg, PA 17101


Cathleen Ann Baker
Legacy Press
1513 Long Meadow Trail
Ann Arbor, MI 48108


CDW Computer Centers, Inc.
P.O. Box 75723
Chicago, IL 60675-5723


CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723


Cech Corporation, Inc.
3984 Cabaret Trail W.
Saginaw, MI 48603


Central Michigan Paper Company
P.O. Box 2649
Grand Rapids, MI 49501

Cerberus, LLC
3033 Wilson Blvd.
Ste. E-815
Arlington, VA 22201


CGS Publishing Technologies
100 North 6th Street, #308B
Minneapolis, MN 55403


Charles E. Haavik
619 E. Skyline Parkway
Duluth, MN 55805


Circle, Inc.
2756 Whiting Road
P.O. Box 697
Burlington, WI 53105


Cisco, Inc.
1825 Monroe
P.O. Box 1803
Grand Rapids, MI 49501


City Electric Supply (CES)
P.O. Box 1006
Wilbraham, MA 01095


CJK Group, Inc.
3323 Oak Street
Brainerd, MN 56401


CMYK Imperial Printing
4359 jackson Rd.
Ann Arbor, MI 48103


Combined Fluid Products
805 Oakwood Rd.
Lake Zurich, IL 60047


Comcast
Billing Department
41112 Concept Drive
Plymouth, MI 48170

Comm-Core, LLC
3820 S. Dixie Highway
Lima, OH 45806


Conley Casting/Centredale/Dura-Fab
124 Maple St.
Warwick, RI 02888-2188


Conrad L. Osborne
161 W. 7th St., #15D
New York, NY 10023


Constellation NewEnergy
P.O. Box 4640
Carol Stream, IL 60197-4640


Constellation NewEnergy Gas Division LLC
P.O. Box 5473
Carol Stream, IL 60197-5473


Cosmo Films, Inc.
775 W. Belden Avenue
Suite D
Addison, IL 60101


CPI Antony Rowe, Ltd.
110 Beddington Lane
Croydon CRO 4TD
ENGLAND


Crestmark Bank
5480 Corporate Drive
Suite 350
Troy, MI 48098


Cumulus - Ann Arbor - WQKL FM
3589 Momentum Place
Chicago, IL 60689-5335


Cylance, Inc.
Dept. 3995
P.O. Box 123995
Dallas, TX 75312-3995

Cylance, Inc.
400 Spectrum Center Dr #900
Irvine, CA 92618


Cynthia Furlong Reynolds
4216 Corey Circle
Ann Arbor, MI 48103


Cynthia Giannatasio
16940 Bay Street, #N204
Jupiter, FL 33477


Dana M. Phipps
223 Deer fox Lane
Lutherville Timonium, MD 21093


Darrell Rice
19160 Front Street
P.O. Box 127
Poulsbo, WA 98370


Data Ranger Computer Products
P.O. Box 835
Manchester, MI 48158-0835


Dave Cole
Outward Focused Network
P.O. Box 1062
Duvall, WA 98019


Dekker Bookbinding, Inc.
2941 Clydon Ave. SW
Burton, MI 48509


Detroit Pencil Company
1940 Northwood Drive
Troy, MI 48084


Dexter Bakery
8101 Main Street
Dexter, MI 48130


Diana Rahe Taylor
P.O. Box 275
Skull Valley, AZ 86338

Diecutting Services, Inc.
2415 Bishop Circle W.
Dexter, MI 48130


Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801


Don Eyles
Fort Point Press
249 A Street, Suite 42
Boston, MA 02210


Donald Baumgartner
2280 W. Dean Road
River Hills, WI 53217


Doug Brown Packaging Products, Inc.
1850 Larchwood Drive
Troy, MI 48083


Dr. Jeffrey C. Chang, Inc.
4003 Harbor Point Drive
Missouri City, TX 77459


DTE Energy
1 Energy Plaza, 2124 WCB
Detroit, MI 48226-1221


Durr Megtec Systems, Inc.
Lockbox 772733
2733 Solutions Center
Chicago, IL 60677-2007


E.C. Schultz & Company
333 Crossen Ave.
Elk Grove Village, IL 60007


Eastman Kodak Company
343 State St.
Rochester, NY 14650


Ecological Fibers, Inc.
40 Pioneer Drive
Lunenburg, MA 01462

Edwards Brothers Malloy, Inc.
P.O. Box 4248, Dept. 3500
Houston, TX 77210-4248


egi Solutions
6029 14 Mile Rd.
Sterling Heights, MI 48312


Electronics for Imaging, Inc. (EFI)
6750 Dumbarton Circle
Fremont, CA 94555


Elizabeth Ann Vaughan
Birch Cove Press
2109 Central Grove
Toledo, OH 43614


Erd Speciality Graphics
3250 Monroe St.
Toledo, OH 43606


ESI Equity
355 Austin Circle
Delafield, WI 53018


Exponential Growth, Inc.
150 East Travelers Trail, Apt. 302
Burnsville, MN 55337


Fact Filter and Coating Technology Inc.
P.O. Box 2287
Grand Rapids, MI 49501-2287


Fastenal Company, Inc.
P.O. Box 1286
Winona, MN 55987-1286


Federal Express
P.O. Box 371741
Pittsburgh, PA 15250-7441


Ferguson & Widmayeer, P.C.
538 N. Division Street
Ann Arbor, MI 48104

Fiona Humberstone / Copper Beech Prerss
4 Cranmore Cottages, Cranmore Lane
West Horsley KT24 6BS
UNITED KINGDOM


Flint Group North American Corporation
1455 Paysphere Circle
Chicago, IL 60674


Foresight Group, Inc.
2822 N. MLK Jr. Blvd.
Lansing, MI 48906


Form 5500 Direct
1758 Papaya Tree Street
Hemet, CA 92545


Fortis Solutions Group, LLC/A&M Supply
2505 Hawkeye Court
Virginia Beach, VA 23452


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-4040


Franchise Tax Borad
State of California
P.O. Box 942857
Sacramento, CA 94257-0531


Frank Costantini
334 Minuteman Drive
Collegeville, PA 19426


Freshamedia
Robert-Bosch Str. 32
63303 Dreieich, Germany


Friedland Industries, Inc.
405 E Maple St
Lansing, MI 48906


FujiFilm Graphic Systems, Inc.
211 Van Bruggen
Grand Rapids, MI 49503

General Roll Leaf Mfg., Inc.
P.O. Box 357
Stottville, NY 12172


George Hirthler
Hirthler & Partners
1155 Oakdale Rd.
Atlanta, GA 30307


Georgea M. Langer
Possum Hill Press
2720 Calloway Ct.
Canton, MI 48188


Global Electronic Services, Inc.
5325 Palmero Court
Buford, GA 30518


Global Technologies Central LLC
4314 Silver Valley Drive
Columbia, MO 65203


Good Hart Publishing
Lou Kasischke
3491 Lakeshore
Harbor Springs, MI 49740


GP2 Technologies, Inc.
157 River Road, Unit 18
Bow, NH 03304


Graphic Arts Service and Supply, Inc.
3933 S. Greenbrooke
Grand Rapids, MI 49512


Graphic Specialties, Inc.
2350 Breton Industrial Park SE
Grand Rapids, MI 49508


Gravitational Churches, LLC
P.O. Box 731733
Puyallup, WA 98373

Great Lakes Bindery, Inc / GLB
3741 Linden Ave. SE
Grand Rapids, MI 49548


Greenview Data, Inc. / SpamStopsHere
8178 Jackson Road, Suite A
Ann Arbor, MI 48103


H.H. Barnum Co. (Corp)
7915 Lochlin Drive
Detroit, MI 48232


Hackney Hardware, Inc.
8105 Main Street
Dexter, MI 48130


Haley Mechanical
8415 Dexter-Chelsea Rd.
Dexter, MI 48130


Hamernik LLC / GL 12130-000-000
1 Indiana Square, Suite 1550
Indianapolis, IN 46204


Hartel Industries
9449 Maltby Rd.
Brighton, MI 48116


Harvey Mudd
Porcupine Press
P.O. Box 1367
Brewster, MA 02631


Hayden McNeil, LLC
14903 Pilot Drive
Plymouth, MI 48170


Hayden-McNeil Publishing
14903 Pilot Drive
Plymouth, MI 48170


Heidelberg USA, Inc.
P.O. Box 5160
Carol Stream, IL 60197

Heritage-Crystal Clean, Inc.
13621 Collection Center Drive
Chicago, IL 60693-0136


Hewlett Packard Financial Services Corp.
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922


Highlandview Farms, LLC
20750 Civic Center Drive
Suite 418
Southfield, MI 48076


Holland Litho Printing Service, Inc.
10972 Chicago Drive
Zeeland, MI 49464


Holly Monteith, Inc. / Cyren Press
614 King Road
West Chester, PA 19380


Howard Jay Smith
Say Yes Quickly
75 Sommer
Goleta, CA 93117


HP Financial / Hewlet-Packard
P.O. Box 402582
Atlanta, GA 30384-2582


HP Indigo
c/o XPO Logistics
300 Courtney Park Drive West
Mississauga Ontario L5W1Y6
CANADA


Hui Hanai
1300 Halona St.
Honolulu, HI 96817


IBPA Independent Book Publishers Assoc.
1020 Manhattan Beach Blvd.
Suite 204
Manhattan Beach, CA 90266

Ihara U.S., Inc.
2530 Corporate Place
Suite A107
Monterey Park, CA 91754


Imani Jjosey
1822 Georgia Street
Gary, IN 46407


Indigo American/HP/ClickInvoiceDate
P.O. Box 415573
Boston, MA 02241-5573


IntelliCorp
P.O. Box 27903
New York, NY 10087-7903


J. J. Keller
P.O. Box 6609
Carol Stream, IL 60197


Jaffe, Raitt, Huer and Weiss, P.C.
27777 Franklin Rd., Suite 2500
Southfield, MI 48034


James Barnes
7 Locust Hill
Crawfordsville, IN 47933


James Charlton Hunter
JD Hunter Associates, LLC
9514 Hawthorn Glen Drive
Suite One
Grosse Ile, MI 48138


Jayhawk Plastics, Inc.
P.O. Box 4228
Olathe, KS 66063-4228


Jeffrey Steffel
1341 Charlotte Landing Road
Springport, MI 49284

Joann Castle
Against The Tide Books
300 Riverfront Drive, 22E
Detroit, MI 48226


John M. Bernard
133 N. 45 Cir
Camas, WA 98607


Joyce Logan
155 Alps Rd.
Branford, CT 06405


Judith Galloway
9009 University Parkway
Apt. 11
Pensacola, FL 32514


Judith Wenzel
212 Lyn Anne Ct.
Ann Arbor, MI 48103


Julie Teicher
Erman Teicher Zucker & Freedman PC
400 Galleria Officentre
Suite 444
Southfield, MI 48034


Katherine B. Soper
Stellaire Press
345 Rock Creek Court
Ann Arbor, MI 48104


Kathy King
7275 Mester Rd.
Chelsea, MI 48118


KBA / Koenig & Bauer (US) Inc.
P.O. Box 619006
Dallas, TX 75261


Ken Wachsberger
P.O. Box 130884
Ann Arbor, MI 48113-0884

Kimberly A. Davis
Madville Publishing, LLC
320 W. Shady Shores Road
Shady Shores, TX 76208


Kiran Spees / Fukurou Design
1111 E. Washington Ave.
Nampa, ID 83686


KJAY Publishing
Jay P. Decima
P.O. Box 491779
Redding, CA 96049


Kolbus America, Inc.
P.O. Box 72446
Cleveland, OH 44192


Komar Alliance, LLC
P.O. Box 844437
Los Angeles, CA 90084-4437


Kristin Northrop
1231 Ardmoor Ave.
Ann Arbor, MI 48103


Kronos Incorporated
P.O. Box 743208
Atlanta, GA 30374-3208


Kronos Incorporated
900 Chalmsford St.
Lowell, MA 01851


Kurtz Transfer Products, LLC
P.O. Box 63182
Charlotte, NC 28263-3182


Larry Katzen
73 Oakmont Drive
Rancho Mirage, CA 92270


LBS, Inc.
1801 Thompson Ave.
Des Moines, IA 50316-2751

Leadership IQ, Inc. / Mark Murphy
400 Gallaria Parkway, Suite 1500
Atlanta, GA 30339


Liberty Book and Bible
901 E. Maryland St.
Indianapolis, IN 46202


Lindenmyr Munroe (RA-COC-001386)
2944 Walkent Drive
Grand Rapids, MI 49544


Lindsey Joan Clifford / Ministry.com
P.O. Box 2743
Rancho Santa Fe, CA 92067


LSC Communications
P.O. Box 776411
Chicago, IL 60677-6411


Lubcon Turmo Lubrication, Inc.
5460 33rd St. SE
Grand Rapids, MI 49512


Lux Inteligentiae Institute
Olga Koutna Izzo
2515 Deake Avenue
Ann Arbor, MI 48108


Mail Finance
Dept 3682
P.O. Box 12368
Dallas, TX 75312-3682


MailFinance
P.O. Box 123682, Dept. 3682
Dallas, TX 75312-3682


Manpower
P.O. Box 1309
Ann Arbor, MI 48106

Marcia Sue Dunnigan
Touch-Down Books
782 Cassena Rd.
Naples, FL 34108


Marilyn Migliore / The Hunger Within
730 Penniman Avenue
Apt. 304
Plymouth, MI 48170


Marsh & McLennan Agency
15415 Middlebelt Rd.
Livonia, MI 48154


Massachusetts Department of Revenue
PO Box 7062
Boston, MA 02204


Masterson Personnel, Inc.
P.O. Box 26310
Minneapolis, MN 55426


Maureen Tyler
7611 Kingfisher Court
Dexter, MI 48130


MBO America, Inc.
4 E. Stow Road
Marlton, NJ 08053


McMaster-Carr Supply Company, Inc.
P.O. Box 7690
Chicago, IL 60680-7690


McNaughton-McKay Electric Co.
P.O. Box 67000, Dept. 14801
Detroit, MI 48267-0148


Mechon Hadar
190 Amsterdam Ave.
New York, NY 10023


Meredith Colby
800 Cedar Terrance
Deerfield, IL 60015

Micah A. Springer
5074 Osceola St.
Denver, CO 80212


Michigan Department of Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202


Michigan Department of Licensing and
Regulatory Affairs
General Industry Safety Health Division
530 W. Allegan St, P.O. Box 30644
Lansing, MI 48909


Michigan Department of Treasury
Collection/Bankruptcy Unit
P O Box 30168
Lansing, MI 48909


Michigan Department of Treasury
Lansing, MI 48956


Michigan Foam Products, LLC
1820 Chicago Drive SW
Grand Rapids, MI 49519


Michigan Office Solutions
MOS Lockbox
P.O. Box 785041
Philadelphia, PA 19178


Michigan Pallet, Inc.
P.O. Box 97
Saint Charles, MI 48655


Michigan Quality Laminating & Sales, Inc
G-4438 South Saginaw Street
Burton, MI 48529


Midwest Air Filter, Inc.
P.O. Box 10210
Lansing, MI 48901

Millcraft Paper Company
6800 Grant Ave.
Cleveland, OH 44105


Mobile Air, LLC
1000 Valley Belt Road
Brooklyn Heights, OH 44131


Morrison Industrial Equipment Corp.
1825 Monroe
P.O. Box 1803
Grand Rapids, MI 49501


Motion Industries
P.O. Box 98412
Chicago, IL 60693


MSC Industrial Supply Co., Inc.
P.O. Box 953635
Saint Louis, MO 63195-3635


MSDSonline
222 Merchandise Mart Plaza
Suite 1750
Chicago, IL 60654


Muller Martini Corporation
P.O. Box 787196
Philadelphia, PA 19178-7196


Myra Fiacco
Filles Vertes Publishing, LLC
2814 N. 17th Street
Coeur D Alene, ID 83815


Myron Marsh
10851 N. LaQuinta Drive
Oro Valley, AR 85737


N.J. Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

Nancy Waters
108 Village Circle
Waco, TX 76710


Naomi Ardea
107 Red Sunset Place
Carrboro, NC 27510


Neenah Inc.
P.O. Box 711927
Cincinnati, OH 45271-1927


Neff Engineering Company
d/b/a Neff Engineering
Dept. 6081
Carol Stream, IL 60122-6081


NeoFunds Neopost
478 Wheelers Farms Road
Milford, CT 06461


New Dimensions Management Systems
2200 Stephenson Highway
Suite A
Troy, MI 48083


New Hampshire Bindery
481 Dow Road
Bow, NH 03304


New York State
Department of Tax and Finance
P.O. Box 15163
Albany, NY 12212-5163


NFS Leasing, Inc.
900 Cummings Center
Suite 226-U
Beverly, MA 01915


NH Learning Solutions Corporation
14115 Farmington Road
Livonia, MI 48154

Nichols, Inc. / Nichols Paper & Supply C
2647 Momentum Place
Chicago, IL 60689-5326


Nighthawk Press LLC / Rebecca Lenzini
P.O. Box 1222
Taos, NM 87571


Nora Remeyer
24421 Philemon Dr.
Dana Point, CA 92629


North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640


North Col / Courtney Schafer
4490 Osaye Drive
Boulder, CO 80303


NYS Department of Taxation and Finance
Attn: Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227


NYSIF Disability Benefits
1 Watervliet Avenue Extension
Albany, NY 12206-1629


Occupational Health Centers
of New Jersey
P.O. Box 8750
Elkridge, MD 21075-8750


Occupational Health Centers (Cocentra)
P.O. Box 5106
Southfield, MI 48086-5106


Old National Bank
P.O. Box 178
Evansville, IN 47705

OmniSource
4408 Solutions Center
Chicago, IL 60677-4004


Open Heart Designs
715 Byron St.
Missoula, MT 59802


Owosso Graphic Arts, Inc.
151 N. Delaney Rd.
Owosso, MI 48867


Patricia J. Heavren
45 High Rock Road
Hamden, CT 06514


Paul Hage
Jaffe Raitt Heuer & Weiss PC
27777 Franklin Rd Ste 2500
Southfield, MI 48034


Pelian Words Publishing House
740 North H Street
Suite 240
Lompoc, CA 93436


Philadelphia Yearly Meeting
of the Religious Society of Friends
1515 Cherry Street
Philadelphia, PA 19102


Pijart Productions, LLC
2753 Piedmont Ave.
Montrose, CA 91020


Pijart Productions, LLC - Jeff Ostrowski
2226 Redfish Bay Drive
Corpus Christi, TX 78418


Pitt Ohio LTL
P.O. Box 643217
Pittsburgh, PA 15264-3271

PixelAntics Publication Design
Michael Kitchen
8043 Poplar Drive
Dexter, MI 48130


Plante & Moran, LP
1000 Oakbrook Drive
Suite 400
Ann Arbor, MI 48104


Plymouth Packaging, Inc.
dba Box on Demand
11333 General Dr
Plymouth, MI 48170


PNC Bank
Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429


Pre-Paid Legal Services
P.O. Box 2629
Ada, OK 74821-2629


Principal Financial Group
P.O. Box 777
Des Moines, IA 50303-0777


Print-Tech, Inc.
6800 Jackson Rd.
Ann Arbor, MI 48103


Printers' Service, Inc.
P.O. Box 5120
Newark, NJ 07105-5120


Publishers Weekly
Attn: Ryk Hsieh
71 west 23rd Street
New York, NY 10010


PubWest
Publishers Assocation of the West
17501 Hill Way
Lake Oswego, OR 97035

Quindaro Press
3808 Genessee Street
Kansas City, MO 64111


Randall D. Bucek Self Settled Trust
500 N. 1st Street, Suite 8000
Wausau, WI 54403


Rasmus Poulsgaard/Tow Guys Publishing
Thorsgade 78 3. th.
2200 Copenhagen
DENMARK


Rebecca Biber
3407 Burbank Drive
Ann Arbor, MI 48105


Regina Orthodox Press
6 Second Street
Salisbury, MA 01952


Richard Feinman
NMS Press
60 Terrance Place
Brooklyn, NY 11218


Richard Retyi
1127 Windy Road
Ann Arbor, MI 48103


Rita Bonchek
BonchekFamFoundation
400 Willow Valley Square
Apt. GA-410
Lancaster, PA 17602


Robert Anthony Hernandez
16034 104th Ave. NE
Bothell, WA 98011


Robert Half Technology, Inc.
12400 Collections Center Drive
Chicago, IL 60693

Robert J. Passantino
1 Franklin Town Blvd.
Apt. 2012
Philadelphia, PA 19103


Rochester 100, Inc.
P.O. Box 92801
Rochester, NY 14692


Rogers Printing
3350 Main Street
P.O. Box 215
Ravenna, MI 49451


Ron Sauder
Secant Pub
615 N. Pinehurst Ave.
Salisbury, MD 21801


Rowman & Littlefield Publishing Group
Kimberly Flowers
15250 NBN Way
Blue Ridge Summit, PA 17214


RTD Manufacturing
1150 S. Elm St.
Jackson, MI 49203


Ruth Glover
3516 Lemeadow Drive
Sachse, TX 75048


Ryder Exchange, LLC
6300 Pardee Road
Taylor, MI 48180


Safechecks, Inc.
P.O. Box 788
Santa Clara, CA 95052-0225


Safecutters, Inc.
800 E. Ellis Rd.
Muskegon, MI 49441

Safety Systems, Inc.
P.O. Box 1079
Jackson, MI 49204


Salisbury Lawn Service
10485 Mountain View Drive
Dexter, MI 48130


Salisbury Lawn Service, LLC
14213 Arlene Ln
Belleville, MI 48111


Sam Mahlstadt
1443 19th Place
West Des Moines, IA 50265


Sandi Krakowski/A Real Change
3145 E. Chandler Blvd.
Suite 110-350
Phoenix, AZ 85048


Sandy Castle???


Say It Right
1621 S. Rancho Santa Fe Road, #C
San Marcos, CA 92078


Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL 60673-3050


Scott Stabile
35560 Grand River Avenue, #296
Farmington, MI 48335-3120


Screen, Inc.
P.O. Box 3235
New York, NY 10008-3235


Sentry Insurance
1800 North Point Drive
Stevens Point, WI 54481

Seven Ox Press/Athanasius, LLC
Peter Ritzer
P.O. Box 1705
Denver, CO 80217-0705


Sextant Press / David Scott
602 Ridgewood Ct.
Ann Arbor, MI 48103


Shaltz Automation, Inc.
Division of Shaltz Fluid Power
5190 Exchange Drive
Flint, MI 48507


Sheridan Books, Inc.
P.O. Box 419823
Boston, MA 02241-9823


Signode Industrial Group, LLC
P.O. Box 71057
Chicago, IL 60694-1057


Skimmer, Inc.
6969 Metroplex Drive
Romulus, MI 48174


Small Press Distribution (SPD)
1341 Seventh St.
Berkeley, CA 94710-1403


Smart Office Solutions
P.O. Box 1221
Ann Arbor, MI 48106


Solema U.S.A., Inc.
315 Glenn St.
P.O. Box 472
Crawfordsville, IN 47933


South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214-0400

Speedwrench, Inc.
3364 Quincy Street
Hudsonville, MI 49426


Stanley M. Kolber Photography Inc.
25 Talcott Farm Road
Old Lyme, CT 06371


State of New Jersey - CBT
Divisioin of Taxation
P.O. Box 193
Trenton, NJ 08646-0193


Steve Karbowski???


Stolp-Gore Co., Inc.
10101 So. Bode St.
Plainfield, IL 60544


Sun Chemical Corp / Kohl Madden
P.O. Box 2193
Carol Stream, IL 60132-2193


SunSource
23851 Network Place
Chicago, IL 60673


Susan G. Groner
10 Upland Road North
Bedford, NY 10506


Suzanne Hanchett
Development Resource Press
P.O. Box 94859
Pasadena, CA 91109


Tapeman, LLC
28023 Center Oaks Ct.
Wixom, MI 48393


Technotrans America, Inc.
1441 E. Business Center Drive
Mount Prospect, IL 60056

Tegile Capital
7808 Creekridge Circle
Suite 250
Minneapolis, MN 55439


Tepel Brothers Printing Company, Inc.
1725 John R
Troy, MI 48083


Tevah Platt / Curly Snail
531 Little Lake Drive
Ann Arbor, MI 48103


The Readers Ace, LLC
3622 Woodland Drive
Metamora, MI 48455


The Sun Times
P.O. Box 366
Chelsea, MI 48118


The Witherspoon Institute, Inc.
16 Stockton Street
Princeton, NJ 08540


Thomas J. Nash
Incarnate Word Media
1715 Rapid Way
Rochester, MI 48309


Thomas Lawler
89 Sawmill Creek Trail
Saginaw, MI 48603


Three Herarchs Antiochian Orthodox
1915 N. Western Avenue
Wenatchee, WA 98801


Tide Pool Press
7 Front Street
Maynard, MA 01754


Timothy P. Munkeby
2238 Burch Point Road
Tower, MN 55790

Timsons, Inc. - America
385 Crossen Ave.
Elk Grove Village, IL 60007


TJ International LTD
Trecerus Industrial Estate
Padstow, Cornwall, PL28 8RW
ENGLAND


TMI-CHAMPCO Compressors, Inc.
2626 Sanford Avenue SW
Grandville, MI 49418


Tonja Engen
4200 Sunnyside Rd.
Edina, MN 55424


Transcendia, Inc.
300 Industrial Parkway
Richmond, IN 47374


Transpac Services, Inc.
211 Broadway, Suite 201
Lynbrook, NY 11563


Trey Schorr
P.O. Box 2685
Eagle, ID 83616


Uline Shipping Supply, Inc.
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741


UniFirst Corporation
1300 Auburn Ave.
Pontiac, MI 48342


Unique Technical Services, Inc.
22950 W. Industrial Drive
Saint Clair Shores, MI 48080


Unit Packaging Corp.
119 Enterprise Drive
Ann Arbor, MI 48103

United Parcel Service (UPS)
Lockbox 577
Carol Stream, IL 60132-0577


Universal Engraving, Inc.
P.O. Box 15090
Lenexa, KS 66285-5090


University Lithoprinters, Inc.
4150 Varsity Drive
Ann Arbor, MI 48108


University of Wisconsin Stout
Attn: Communications Office
712 S. Broadway - 15 ADM Building
Menomonie, WI 54751


Update LTD, Inc.
134 Peavey Circle
Chaska, MN 55318


UPS Freight
38013 Network Place
Chicago, IL 60673-1280


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


US Bancorp
P.O. Box 790408
Saint Louis, MO 63179-0408


US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229


US Bank
P.O. Box 6343
Fargo, ND 58125-6343


US Bank
P.O. Box 790428
Saint Louis, MO 63179-0428

US Postal Service Endicia Debit
323 N. Mathilda Avenue
Sunnyvale, CA 94085


US Postmaster
3140 Baker Road
Dexter, MI 48130


Van Suilichem & Assoc., PC
40900 Woodward Ave., Ste. 111
Bloomfield Hills, MI 48304


Vanston/O'Brien, Inc.
8150 jackson Rd.
Ann Arbor, MI 48103


VAR Resources, Inc.
800 Walnut Street, MAC N0005-044
Des Moines, IA 50309


Veritiv
P.O. Box 644520
P.O. Box 5029
Pittsburgh, PA 15264-4520


Village Publishers
1381 Rocky Creek Court
Belleville, IL 62220


W. J. O'Neil Company
35457 Industrial
Livonia, MI 48150


Washington State Department of Revenue
6500 Linderson Way SW
Olympia, WA 98501


Waste Management of Michigan
P.O. Box 4648
Carol Stream, IL 60197-4648


Waste Management of Michigan, Inc.
PO Box 43290
Phoenix, AZ 85080

Watkins Ross & Co. (Corp)
200 Ottawa N.W.
Suite 600
Grand Rapids, MI 49503


Waxberry Products
1575 Oak Tree Drive
Brunswick, OH 44212


Webster Township
5665 Webster Church Rd
Dexter, MI 48130


Wendy M. Washington
18328 Lehman Rd.
Manchester, MI 48158


West Coast Writers Conferences
Todara Communications, Inc.
2206 Rockefeller, Suite 2
Redondo Beach, CA 90278


West Health Advocate Solutions, Inc.
P.O. Box 561509
Denver, CO 80256-1509


WestRock/Plymouth Packaging
P.O. Box 64000
Detroit, MI 48264-1698


William Alan Seale
Transformence, Inc.
14 Sleepy Hollow Road
Topsfield, MA 01983


Women's Exchange of Washtenaw
P.O. Box 7571
Ann Arbor, MI 48107


Woodland Paper, Inc.
50785 Pontiac Trail
Wixom, MI 48393

Workbox Staffing
1350 Scribner Avenue
Grand Rapids, MI 49504


Xerox Financial Services
45 Glover Ave.
Norwalk, CT 06856


XPO Logistics
27724 Network Place
Chicago, IL 60673-1277


XPO Logistics-Freight,Inc. - CNWY
P.O. Box 5160
Portland, OR 97208-5160


Xpress360 Inc.
4000 Bethel Avenue
Building 2
Indianapolis, IN 46203


Yeo & Yeo
5300 Bay Road, Suite 400
Saginaw, MI 48604


YRC Freight, Inc.
P.O. Box 93151
Chicago, IL 60673