UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Thomson-Shore, Inc.

Debtor.
_______________________________/

Case No. 19-44343-tjt
Chapter 11
Hon: Thomas J. Tucker

**DEBTOR'S MONTHLY OPERATING REPORT**
**FOR THE PERIOD ENDING MARCH 31, 2019**

/s/ Scott M. Kwiatkowski

Scott M. Kwiatkowski (P67871)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
Phone: (248) 355-5300
Fax: (248) 355-4644
scott@bk-lawyer.net

Dated: May 2, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: 3-31-2019

In re:

**THOMSON-SHORE, INC.,**

Debtor.

Case Number: 19-44343-tjt

Chapter 11

Hon. Thomas J. Tucker

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| ✓ | Operating Statement | (Form 2) |
| ✓ | Balance Sheet | (Form 3) |
| ✓ | Summary of Operations | (Form 4) |
| ✓ | Monthly Cash Statement | (Form 5) |
| ✓ | Statement of Compensation | (Form 6) |
| ✓ | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation) YES ✓ NO ____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation) YES ✓ NO ____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation) YES ✓ NO ____

5. All United States Trustee Quarterly fees have been paid and are current. YES ✓ NO ____

6. Have you filed your pre-petition tax returns.
(If not, attach a written explanation) YES ____ NO ✓
Have applied for tax extension.

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 4-22-19

Ben Mattison
Debtor in Possession

CFO
Title

734-426-1736
Phone

*Form 1*

## OPERATING STATEMENT (P&L)

Period Ending: ______________________

Case No: 19-44343-tjt

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | | |
| Cost of Sales | | |
| GROSS PROFIT | | |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: | | |
| Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expenses: | | |
| Professional Fees | | |
| Other | | |
| NET INCOME/(LOSS) | | |

See Attached P&L

*Form 2*

## BALANCE SHEET

Period Ending: ______________________

Case No: 19-44343-tjt

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| **Cash:** | | | |
| **Inventory:** | | | |
| **Accounts Receivables:** | | | |
| **Insider Receivables** | | | |
| **Land and Buildings:** | | | |
| **Furniture, Fixtures & Equip:** | | | |
| **Accumulated Depreciation:** | | | |
| **Other:** | | | |
| **Other:** | | | |
| **TOTAL ASSETS:** | | | |
| **LIABILITIES:** | | | |
| **Post-petition Liabilities:** | | | |
| **Accounts Payable:** | | | |
| **Rent and Lease Payable:** | | | |
| **Wages and Salaries:** | | | |
| **Taxes Payable:** | | | |
| **Other:** | | | |
| **TOTAL Post-petition Liabilities** | | | |
| **Secured Liabilities:** | | | |
| **Subject to Post-petition** | | | |
| **Collateral or Financing Order** | | | |
| **All Other Secured Liabilities** | | | |
| **TOTAL Secured Liabilities** | | | |
| **Pre-petition Liabilities:** | | | |
| **Taxes & Other Priority Liabilities** | | | |
| **Unsecured Liabilities:** | | | |
| **Other:** | | | |
| **TOTAL Pre-petition Liabilities** | | | |
| **Equity:** | | | |
| **Owners Capital:** | | | |
| **Retained Earnings-Pre Petition.** | | | |
| **Retained Earnings-Post Petition.** | | | |
| **TOTAL Equity:** | | | |
| **TOTAL LIABILITIES** | | | |
| **/AND EQUITY** | | | |

See Attached Balance Sheets

*Form 3*



# SUMMARY OF OPERATIONS

Period Ended:____________________________

Case No: 19-44343-tjt

## Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| **Federal:** | -0- | 52,824.51 | 52,824.51 | -0- |
| **State:** | -0- | 22,573.86 | 22,573.86 | -0- |
| **Local:** | -0- | 304.60 | 304.60 | -0- |
| **FICA Withheld:** | -0- | 44,644.08 | 44,644.08 | -0- |
| **Employers FICA:** | -0- | 44,644.09 | 44,644.09 | -0- |
| **Unemployment Tax:** | | | | |
| **Federal:** | -0- | 1,106.67 | 1,106.67 | -0- |
| **State:** | -0- | 11,980.59 | 11,980.59 | -0- |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | $88,541.50 | -0- | -0- | $88,541.50 |
| **Workers' Compensation** | -0- | -0- | $7,068.– | -0- |
| **Other:** | -0- | -0- | -0- | -0- |
| **TOTALS:** | $88,541.50 | | | $88,541.50 |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable* | -0- | -0- | -0- |
| Accounts Receivable | 1,536,520.– | 843,520 | 944,582 |

* Paying up front or COD.

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

None

*Form 4*

## MONTHLY CASH STATEMENT

Period Ending: ____________________

Cash Activity Analysis (Cash Basis Only):

Case No: 19-44343-tjt

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 79,055.43 | -0- | 37,771.86 | -0- | 200.00 |
| B. Receipts (Attach separate schedule) | 2,142,332.60 | -0- | -0- | -0- | -0- |
| C. Balance Available (A + B) | 2,221,388.03 | -0- | 37,771.86 | -0- | 200.00 |
| D. Less Disbursements (Attach separate schedule) | 1,957,682.30 | -0- | -0- | -0- | -0- |
| E. ENDING BALANCE (C - D) | 263,758.73 | -0- | 37,771.86 | -0- | 200.00 |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $** 1,957,682.30

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

1. Depository Name & Location Old National Bank, Dexter, MI
2. Account Number 103226324

Payroll Account:

1. Depository Name & Location Old National Bank, Dexter, MI
2. Account Number 103226236

Tax Account:

1. Depository Name & Location Old National Bank, Dexter, MI
2. Account Number 103226247

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

-0-

Date: 4-19-19

Ben Mattison

Debtor in Possession

Thomson Shore

*Form 5*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending:________________________

Case No: 19-44343-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name:________________________

Capacity:
______ Shareholder
______ Officer
______ Director
______ Insider

Detailed Description of Duties:________________________

See Attached

| **Current Compensation Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| | ______ | | ______ |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | ______ | | ______ |
| Life Insurance | ______ | | ______ |
| Retirement | ______ | | ______ |
| Company Vehicle | ______ | | ______ |
| Entertainment | ______ | | ______ |
| Travel | ______ | | ______ |
| Other Benefits | ______ | | ______ |
| Total Benefits | ______ | | ______ |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | ______ | | ______ |
| Loans | ______ | | ______ |
| Other (Describe) | ______ | | ______ |
| Other (Describe) | ______ | | ______ |
| Other (Describe) | ______ | | ______ |
| Total Other Payments | ______ | | ______ |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | ______ | | ______ |

Dated: ____________

________________________
Principal, Officer, Director, or Insider

*Form 6*

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: March 31, 2019

Case No: 19-44343-tjt

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Sentry Insurance | 6-30-19 |
| General Business Policy | " | " |
| Directors & Officers | Starr | 9-30-19 |
| Health | Blue Cross/Blue Shield of MI | 12-31-19 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form 7

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: March 31, 2019

Case No: 19-44343-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Peter Shima

Capacity:
- ____ Shareholder
- ✓ Officer
- ✓ Director
- ____ Insider

Detailed Description of Duties: CEO

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | Bi-Weekly $6,994.– | | |
| **Current Benefits Paid:** | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | -0- | | |
| **Current Other Payments Paid:** | Weekly | or | Monthly |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | -0- | | |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Bi-Weekly $6,994.– | or | Monthly |

Dated: 4-18

Ben Mattison CFO

Principal, Officer, Director, or Insider

*Form 6*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: March 31, 2019

Case No: 19-44343-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Robert Durgy

Capacity:
- ____ Shareholder
- ✓ Officer
- ____ Director
- ____ Insider

Detailed Description of Duties: VP of Sales

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | Bi-Weekly $5,263.– | | |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | -0- | | |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | -0- | | |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | $5,263.– | | |

Dated: 4-18-19

Ben Mattson CFO

Principal, Officer, Director, or Insider

*Form 6*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: March 31, 2019

Case No: 19-44343-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Ben Mattison

Capacity:
- ______ Shareholder
- ✓ Officer
- ______ Director
- ______ Insider

Detailed Description of Duties: CEO

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | Bi-Weekly $5263.– | | |
| **Current Benefits Paid:** | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | -0- | | |
| **Current Other Payments Paid:** | Weekly | or | Monthly |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | 0 | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly $5263.– | or | Monthly |

Dated: 4-18-19

Ben Mattison, CEO

Principal, Officer, Director, or Insider

*Form 6*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: March 31, 2019

Case No: 19-44343-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Lori Minnick

Capacity:
- ____ Shareholder
- ✓ Officer
- ____ Director
- ____ Insider

Detailed Description of Duties: VP HR

| **Current Compensation Paid:** | Bi-Weekly | or | Monthly |
|---|---|---|---|
| | $3,340.- | | |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $350.- | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | -0- | | |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | $3,690 | | |

Dated: 4-18-2019

Ben Mattison
Principal, Officer, Director, or Insider

*Form 6*

04/18/2019 09:37:17

Consolidated Income Statement w/WIP Variation

| Account Name | March 2019 Month ( $ ) | % of Sales ( % ) | February 2019 Month ( $ ) | % of Sales ( % ) |
|---|---|---|---|---|
| REVENUES | | | | |
| Sales - Net Book Sales | 1,205,706.51 | 81.81 | 1,718,992.50 | 85.91 |
| Sales - Ancillary Product | 0.00 | 0.00 | 131.36 | 0.01 |
| Sales-Digital Print Center-All Products | 128,851.24 | 8.74 | 188,978.72 | 9.44 |
| Sales-Customer Asset Management | 945.00 | 0.06 | -90.00 | 0.00 |
| Sales - Bessenberg Bindery | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales - Seattle Book Company | 72,738.15 | 4.94 | 56,431.05 | 2.82 |
| Sales - Publish Next | 18,461.00 | 1.25 | 20,762.65 | 1.04 |
| Sales Net Freight | 47,051.28 | 3.19 | 15,740.52 | 0.79 |
| Sales | 1,473,753.18 | 100.00 | 2,000,946.80 | 100.00 |
| Cost of Goods MFG | 1,387,495.07 | 94.15 | 1,794,931.96 | 89.70 |
| Gross Profit | 86,258.11 | 5.85 | 206,014.84 | 10.30 |
| Administrative OE | 180,041.09 | 12.22 | 254,942.15 | 12.74 |
| Operating Income | -93,782.98 | -6.36 | -48,927.31 | -2.45 |
| Other Income (expense) | -86,364.56 | -5.86 | -6,893.50 | -0.34 |
| Income Before Interest | -180,147.54 | -12.22 | -55,820.81 | -2.79 |
| Interest Expense | 49,490.62 | 3.36 | 50,659.59 | 2.53 |
| Income Before Gain (Loss) on the Sale of Assets | -229,638.16 | -15.58 | -106,480.40 | -5.32 |
| Gain (Loss) on Sale of Assets | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Before Incentives | -229,638.16 | -15.58 | -106,480.40 | -5.32 |
| Profit Sharing - ESOP | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Before Bonuses | -229,638.16 | -15.58 | -106,480.40 | -5.32 |
| Profit Sharing-Team | 0.00 | 0.00 | 0.00 | 0.00 |
| Profit Sharing-Rework | 0.00 | 0.00 | 0.00 | 0.00 |
| Profit Sharing-Management | 0.00 | 0.00 | 0.00 | 0.00 |
| Profit Sharing | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Before Taxes on Income | -229,638.16 | -15.58 | -106,480.40 | -5.32 |
| Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME | -229,638.16 | -15.58 | -106,480.40 | -5.32 |
| EBITDA | -88,641.24 | -6.01 | 64,213.46 | 3.21 |
| EBITDA with ESOP | -88,641.24 | -6.01 | 64,213.46 | 3.21 |
| Turnaround Expenses | 0.00 | 0.00 | 10,497.85 | 0.52 |

User: 1882

Pg 2

04/18/2019 09:37:17

Consolidated Income Statement w/WIP
Variation

| Account Name | March 2019 Month ( $ ) | % of Sales ( % ) | February 2019 Month ( $ ) | % of Sales ( % ) |
|---|---|---|---|---|
| COST OF GOODS SOLD | | | | |
| Production Materials | | | | |
| Film | 0.00 | 0.00 | 0.00 | 0.00 |
| Paper | 499,708.36 | 33.91 | 655,526.28 | 32.76 |
| Plates | 38,301.32 | 2.60 | 60,473.90 | 3.02 |
| Chemicals | 6,356.42 | 0.43 | 6,654.07 | 0.33 |
| Ink | 10,606.60 | 0.72 | 16,404.25 | 0.82 |
| Lamination | 23,904.67 | 1.62 | 25,391.34 | 1.27 |
| Board | 23,746.99 | 1.61 | 32,168.47 | 1.61 |
| Cloth | 24,644.60 | 1.67 | 59,404.94 | 2.97 |
| Endsheets | 14,708.45 | 1.00 | 21,752.90 | 1.09 |
| Cartons | 19,995.81 | 1.36 | 26,809.91 | 1.34 |
| BBM | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Sales - Bessenberg | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Sales Publish Next/SBC | 900.00 | 0.06 | 1,500.00 | 0.07 |
| Outside Purchases combined | 51,224.72 | 3.48 | 56,496.29 | 2.82 |
| Less Purchase Discounts | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Income-Recycling | -21,137.50 | -1.43 | -28,827.93 | -1.44 |
| Total Production Material | 692,960.44 | 47.02 | 933,754.42 | 46.67 |
| WIP Material Adjustment | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Adjusted Production Material | 692,960.44 | 47.02 | 933,754.42 | 46.67 |
| Manufacturing Wages | | | | |
| Indirect | 25,993.72 | 1.76 | 31,532.07 | 1.58 |
| Supervision | 22,431.23 | 1.52 | 29,248.47 | 1.46 |
| Direct Wages | 249,154.62 | 16.91 | 316,697.84 | 15.83 |
| Subcontact Labor-Manufacturing | 2,525.21 | 0.17 | 3,251.46 | 0.16 |
| Total Manufacturing Wages | 300,104.78 | 20.36 | 380,729.84 | 19.03 |
| Manufacturing Expenses | | | | |
| Rent Storage | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Equipment | 0.00 | 0.00 | 810.61 | 0.04 |
| Repair & Maintenance Bldg. | 524.73 | 0.04 | 5,209.76 | 0.26 |
| R & M Machinery | 49,059.68 | 3.33 | 69,167.83 | 3.46 |
| Utilities | 25,879.09 | 1.76 | 35,157.10 | 1.76 |
| Supplies | 71,442.24 | 4.85 | 67,232.36 | 3.36 |
| Depreciation Combined | 87,484.00 | 5.94 | 113,000.00 | 5.65 |
| Payroll Tax Expense Combined | 28,004.06 | 1.90 | 50,248.75 | 2.51 |
| Property Taxes | 15,886.79 | 1.08 | 13,740.00 | 0.69 |
| Insurance-General | 2,200.00 | 0.15 | 6,204.00 | 0.31 |
| Insurance-Workers' Comp | 5,500.00 | 0.37 | 7,080.00 | 0.35 |
| Insurance-Group Health & Life | 54,575.77 | 3.70 | 90,157.87 | 4.51 |
| COS Author Comp SBC | 49,577.11 | 3.36 | 17,614.31 | 0.88 |
| Postage and Freight | 4,296.38 | 0.29 | 4,825.11 | 0.24 |
| Total Manufacturing Exp. | 394,429.85 | 26.76 | 480,447.70 | 24.01 |
| Factory Overhead | 0.00 | 0.00 | 0.00 | 0.00 |
| Work In Process | 0.00 | 0.00 | 0.00 | 0.00 |
| Total WIP Variation | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Goods Sold | 1,387,495.07 | 94.15 | 1,794,931.96 | 89.70 |

User: 1882

B 3

04/18/2019 09:37:17

Consolidated Income Statement w/WIP
Variation

| Account Name | March 2019 Month ( $ ) | % of Sales ( % ) | February 2019 Month ( $ ) | % of Sales ( % ) |
|---|---|---|---|---|
| GENERAL & ADMINISTRATIVE EXPENSES | | | | |
| Salaries - Administrative | 184,547.30 | 12.52 | 241,776.75 | 12.08 |
| Salaries-Vacation Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Contribution - ESOP | 0.00 | 0.00 | 0.00 | 0.00 |
| Retirement Savings Plan (401k) | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies and Services | 491.51 | 0.03 | 216.87 | 0.01 |
| R&M Automobile | 1,461.46 | 0.10 | 283.71 | 0.01 |
| Travel & Entertainment | 2,183.44 | 0.15 | 6,675.78 | 0.33 |
| Taxes-Multi State Business Tax | 3,800.00 | 0.26 | 0.00 | 0.00 |
| Taxes-Other | 0.00 | 0.00 | 294.96 | 0.01 |
| Telephone | 1,998.81 | 0.14 | 2,003.89 | 0.10 |
| Information Systems | -7,014.00 | -0.48 | 14,732.11 | 0.74 |
| Professional Fees | -21,271.99 | -1.44 | -25,018.07 | -1.25 |
| Bad Debt & Legal | 3,979.00 | 0.27 | 5,079.00 | 0.25 |
| Bank and Credit Card Fees | 4,442.50 | 0.30 | 7,430.35 | 0.37 |
| Advertising and Promotion | 1,923.85 | 0.13 | 539.68 | 0.03 |
| Employee Recruiting | 0.00 | 0.00 | 837.54 | 0.04 |
| Employee Relations | 775.38 | 0.05 | -86.38 | 0.00 |
| Employee Training | 20.00 | 0.00 | 25.96 | 0.00 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 |
| Donations | 2,703.83 | 0.18 | 150.00 | 0.01 |
| Total General & Administrative Expenses | 180,041.09 | 12.22 | 254,942.15 | 12.74 |

Report Locale: USA United States
Report Currency: USD US Dollars

Balance Sheet 2

Pg 1

| DESCRIPTION | February 2019 | February 2018 |
|---|---|---|
| | ( $ ) | ( $ ) |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash | 79,255.43 | 54,293.24 |
| Accounts Receivable-Trade | 2,794,740.31 | 2,839,683.13 |
| A/R Customer Deposits | -737,432.52 | -442,285.33 |
| A/R Allowance for Bad Debt | -143,660.77 | -77,256.26 |
| A/R Other | 13,954.86 | 15,131.56 |
| A/R on Account for Adv Billing | 0.00 | 0.00 |
| Inventory | 1,584,422.26 | 1,852,924.01 |
| Pre-Paid Income Taxes | 0.00 | 0.00 |
| Net Deferred Income Taxes | 0.00 | 0.00 |
| Other Current Assets | 168,099.82 | 230,710.99 |
| Investments | 46,624.33 | 30,947.12 |
| Other Current Assets | 3,806,003.72 | 4,504,148.46 |
| LONG TERM ASSETS | | |
| PROPERTY & EQUIPMENT, at cost | | |
| Land & Land Improvements | 330,620.46 | 330,620.46 |
| Building & Leasehold Improvements | 5,740,219.91 | 5,740,219.91 |
| Machinery & Equipment | 27,063,315.87 | 27,314,512.49 |
| Machinery & Equipment-BB | 85,239.89 | 0.00 |
| Machinery & Equipment-DPC | 2,006,400.91 | 1,670,905.87 |
| Machinery & Equipment-PN/SBC | 106,143.76 | 0.00 |
| Construction in Progress | 306,503.88 | 232,680.98 |
| Total Property & Equipment | 35,638,444.68 | 35,288,939.71 |
| Less Accumulated Depreciation | -29,546,167.74 | -27,999,702.20 |
| Net Property & Equipment | 6,092,276.94 | 7,289,237.51 |
| OTHER ASSETS | | |
| Investments Industrial Revenue Bonds | 0.00 | 0.00 |
| Deferred Financing Fees, net | 92,654.49 | 109,499.61 |
| Total Other Assets | 92,654.49 | 109,499.61 |
| Total Long Term Assets | 6,184,931.43 | 7,398,737.12 |
| Total Assets | 9,990,935.15 | 11,902,885.58 |

User: 1882

03/14/2019 14:47:25 Balance Sheet 2

| DESCRIPTION | February 2019 ( $ ) | February 2018 ( $ ) |
|---|---|---|
| LIABILITIES & EQUITY | | |
| CURRENT LIABILITIES | | |
| Advance Billing | 0.00 | 0.00 |
| Accounts Payable-Trade | 7,103,292.38 | 5,314,542.76 |
| Accounts Payable-Pending | 147,368.10 | 70,586.50 |
| Accrued Severance | 0.00 | 0.00 |
| Accrued Expenses | 242,251.01 | 146,592.06 |
| Accrued Technology | 0.00 | 0.00 |
| Accrued Professional Fees | 53,025.00 | 24,124.04 |
| Accrued Marketing | 0.00 | 0.00 |
| Accrued Repairs & Maintenance | 0.00 | 0.00 |
| Accrued Training | 0.00 | 0.00 |
| Accrued Sales Discounts | 3,150.00 | 12,120.00 |
| Accrued Sales Tax | 28,816.35 | 12,891.46 |
| Misc. Employee Deductions | 523.36 | -2,181.15 |
| Note Payable | 0.00 | 0.00 |
| Accrued Payroll | 288,230.91 | 287,487.73 |
| Accrued Vacation Payable | 92,555.72 | 52,475.17 |
| Accrued Bonus Pay | 0.00 | 0.00 |
| Accrued Group Health Insurance | 0.00 | 15,625.00 |
| Acrrued Workers' Compensation | 0.00 | 0.00 |
| Accrued Insurance-General | 0.00 | 0.00 |
| Accrued Profit Sharing-ESOP | 322,000.92 | 344,000.92 |
| Accrued Savings Plan-401k | 0.00 | 0.00 |
| Accrued Federal Withholding Income Tax | 0.00 | 0.00 |
| Accrued FICA & Medicare | 0.00 | 0.00 |
| Accrued State Withholding Income Tax - MI & N | 152.68 | 4.80 |
| Accrued City Withholding Tax | 0.00 | 0.00 |
| Accrued FUTA Payable | 0.00 | 0.00 |
| Accrued SUI Payable - MI & NJ | -34,154.34 | 288.65 |
| Accrued Property Taxes | 27,480.00 | 27,500.00 |
| Accrued Interest-Line of Credit | 0.00 | 0.00 |
| Crestmark Line of Credit | 1,502,593.57 | 1,344,367.15 |
| Accrued Interest Payable-United Bank & Trust | 22,960.48 | 16,893.40 |
| Accrued Interest-GE-Financial | 0.00 | 0.00 |
| Accrued Interest-National City Leasing | 0.00 | 0.00 |
| Acrued Federal Income Tax | 0.00 | 0.00 |
| Current Maturity of HP Lease | 0.00 | 0.00 |
| Current Maturity of Stock Note | 0.00 | 0.00 |
| Current Maturity-IRB Loan | 0.00 | 0.00 |
| Current Maturity of Oce Lease | 0.00 | 0.00 |
| Current Maturity of Deferred Compensation | 0.00 | 0.00 |
| Current Maturity SBA Loan | 2,925,465.57 | 436,048.14 |
| Current Maturity Mortgage | 942,335.37 | 43,358.23 |
| Current Maturity Phone Lease | 0.00 | 0.00 |
| Current Maturity Dir Capital | 7,057.64 | 6,595.66 |
| Current Mat Tegile Capital | 0.00 | 6,661.10 |
| Current Maturity Def Revenue | 0.00 | 0.00 |
| Current Mat Cannon DPC Printer | 32,438.39 | 28,385.21 |
| Total Current Liabilities | 13,707,543.11 | 8,188,366.83 |
| LONG TERM LIABILITIES | | |
| Note Payable-National City | 0.00 | 0.00 |
| Note Payable - HP Lease | 0.00 | 0.00 |
| Note Payable-IRB | 0.00 | 0.00 |
| Note Payable Oce | 0.00 | 0.00 |
| Note Payable SBA Loan | 0.00 | 2,920,395.36 |
| Note Payable Mortgage | 0.00 | 935,581.96 |
| Note Payable Phone Lease | 0.00 | 0.00 |
| Note Payable Direct Capital | 2,460.74 | 9,518.39 |
| Note Payable Tegile Capital | 0.00 | 0.00 |
| NotePayable Cannon DPC Printer | 102,832.90 | 135,271.28 |
| Long Term Stock Note | 0.00 | 0.00 |
| Deferred Compensation | 0.00 | 0.00 |
| Deferred Comp-Rabbi Trust | 0.00 | 0.00 |
| Deferred Stock Appreciation | 136,600.21 | 117,003.05 |

User: 1882

Pg 3

03/14/2019 14:47:25 Balance Sheet 2

| DESCRIPTION | February 2019 | February 2018 |
| --- | --- | --- |
| | ( $ ) | ( $ ) |
| Total Long Term Liabilities | 241,893.85 | 4,117,770.04 |
| STOCKHOLDERS' EQUITY | | |
| Capital Stock | 19,350.00 | 19,350.00 |
| Additional Paid in Capital | 0.00 | 0.00 |
| Stock Subscription Receivable | 0.00 | 0.00 |
| Retained Earnings | -3,678,011.80 | 1,608.08 |
| RE-Other Comprehensive Income | 0.00 | 0.00 |
| Net Profit Current Year | -299,839.98 | -424,209.34 |
| Treasury Stock | 0.00 | 0.00 |
| Total Stockholders' Equity | -3,958,501.78 | -403,251.26 |
| Total Liabilities & Stockholders' Equity | 9,990,935.18 | 11,902,885.61 |
| Deferred Tax Asset & Liability - Netted in AS | | |

Report Locale: USA United States
Report Currency: USD US Dollars

User: 1882

04/16/2019 14:25:39

Balance Sheet 2

Pg 1

| DESCRIPTION | March 2019 | March 2018 |
|---|---|---|
| | ( $ ) | ( $ ) |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash | 263,958.73 | 54,293.24 |
| Accounts Receivable-Trade | 2,838,340.98 | 2,839,683.13 |
| A/R Customer Deposits | -887,825.31 | -442,285.33 |
| A/R Allowance for Bad Debt | -142,640.21 | -77,256.26 |
| A/R Other | 65,921.94 | 15,131.56 |
| A/R on Account for Adv Billing | 0.00 | 0.00 |
| Inventory | 1,574,756.34 | 1,852,924.01 |
| Pre-Paid Income Taxes | 0.00 | 0.00 |
| Net Deferred Income Taxes | 0.00 | 0.00 |
| Other Current Assets | 202,039.55 | 230,710.99 |
| Investments | 40,332.71 | 30,947.12 |
| Other Current Assets | 3,954,884.73 | 4,504,148.46 |
| LONG TERM ASSETS | | |
| PROPERTY & EQUIPMENT, at cost | | |
| Land & Land Improvements | 330,620.46 | 330,620.46 |
| Building & Leasehold Improvements | 5,740,219.91 | 5,740,219.91 |
| Machinery & Equipment | 27,063,315.87 | 27,314,512.49 |
| Machinery & Equipment-BB | 85,239.89 | 0.00 |
| Machinery & Equipment-DPC | 2,006,400.91 | 1,670,905.87 |
| Machinery & Equipment-PN/SBC | 106,143.76 | 0.00 |
| Construction in Progress | 310,308.88 | 232,680.98 |
| Total Property & Equipment | 35,642,249.68 | 35,288,939.71 |
| Less Accumulated Depreciation | -29,633,651.74 | -27,999,702.20 |
| Net Property & Equipment | 6,008,597.94 | 7,289,237.51 |
| OTHER ASSETS | | |
| Investments Industrial Revenue Bonds | 0.00 | 0.00 |
| Deferred Financing Fees, net | 91,250.73 | 109,499.61 |
| Total Other Assets | 91,250.73 | 109,499.61 |
| Total Long Term Assets | 6,099,848.67 | 7,398,737.12 |
| Total Assets | 10,054,733.40 | 11,902,885.58 |

User: 1882

04/16/2019 14:25:39 Balance Sheet 2

| DESCRIPTION | March 2019 ($) | March 2018 ($) |
|---|---|---|
| LIABILITIES & EQUITY | | |
| CURRENT LIABILITIES | | |
| Advance Billing | 0.00 | 0.00 |
| Accounts Payable-Trade | 7,164,354.20 | 5,314,542.76 |
| Accounts Payable-Pending | 291,222.12 | 70,586.50 |
| Accrued Severance | 0.00 | 0.00 |
| Accrued Expenses | -8,024.29 | 146,592.06 |
| Accrued Technology | 0.00 | 0.00 |
| Accrued Professional Fees | 0.00 | 24,124.04 |
| Accrued Marketing | 0.00 | 0.00 |
| Accrued Repairs & Maintenance | 0.00 | 0.00 |
| Accrued Training | 0.00 | 0.00 |
| Accrued Sales Discounts | 3,320.00 | 12,120.00 |
| Accrued Sales Tax | 31,956.93 | 12,891.46 |
| Misc. Employee Deductions | 523.36 | -2,181.15 |
| Note Payable | 0.00 | 0.00 |
| Accrued Payroll | 149,074.40 | 287,487.73 |
| Accrued Vacation Payable | 92,555.72 | 52,475.17 |
| Accrued Bonus Pay | 0.00 | 0.00 |
| Accrued Group Health Insurance | 0.00 | 15,625.00 |
| Accrued Workers' Compensation | 0.00 | 0.00 |
| Accrued Insurance-General | 0.00 | 0.00 |
| Accrued Profit Sharing-ESOP | 322,000.92 | 344,000.92 |
| Accrued Savings Plan-401k | 0.00 | 0.00 |
| Accrued Federal Withholding Income Tax | 0.00 | 0.00 |
| Accrued FICA & Medicare | -0.02 | 0.00 |
| Accrued State Withholding Income Tax - MI & N | 152.68 | 4.80 |
| Accrued City Withholding Tax | 0.00 | 0.00 |
| Accrued FUTA Payable | 0.00 | 0.00 |
| Accrued SUI Payable - MI & NJ | -64,027.02 | 288.65 |
| Accrued Property Taxes | 38,080.00 | 27,500.00 |
| Accrued Interest-Line of Credit | 0.00 | 0.00 |
| Crestmark Line of Credit | 1,689,526.07 | 1,344,367.15 |
| Accrued Interest Payable-Old National Bank | 42,437.72 | 16,893.40 |
| Accrued Interest-GE-Financial | 0.00 | 0.00 |
| Accrued Interest-CJK | 2,640.73 | 0.00 |
| Acrued Federal Income Tax | 0.00 | 0.00 |
| Current Maturity of HP Lease | 0.00 | 0.00 |
| Current Maturity of Stock Note | 0.00 | 0.00 |
| Current Maturity-IRB Loan | 0.00 | 0.00 |
| Current Maturity of Oce Lease | 0.00 | 0.00 |
| Current Maturity of Deferred Compensation | 0.00 | 0.00 |
| Current Maturity SBA Loan | 2,925,465.57 | 436,048.14 |
| Current Maturity Mortgage | 942,335.37 | 43,358.23 |
| Current Maturity Phone Lease | 0.00 | 0.00 |
| Current Maturity Dir Capital | 7,097.57 | 6,595.66 |
| Current Mat Tegile Capital | 0.00 | 6,661.10 |
| Current Maturity Def Revenue | 0.00 | 0.00 |
| Current Mat Cannon DPC Printer | 32,801.21 | 28,385.21 |
| Total Current Liabilities | 13,663,493.24 | 8,188,366.83 |
| LONG TERM LIABILITIES | | |
| Note Payable-National City | 0.00 | 0.00 |
| Note Payable - HP Lease | 0.00 | 0.00 |
| Note Payable-IRB | 0.00 | 0.00 |
| Note Payable Oce | 0.00 | 0.00 |
| Note Payable SBA Loan | 0.00 | 2,920,395.36 |
| Note Payable Mortgage | 0.00 | 935,581.96 |
| Note Payable-CJK | 341,000.00 | 0.00 |
| Note Payable Phone Lease | 0.00 | 0.00 |
| Note Payable Direct Capital | 1,850.75 | 9,518.39 |
| Note Payable Tegile Capital | 0.00 | 0.00 |
| NotePayable Cannon DPC Printer | 99,929.17 | 135,271.28 |
| Long Term Stock Note | 0.00 | 0.00 |
| Deferred Compensation | 0.00 | 0.00 |
| Deferred Comp-Rabbi Trust | 0.00 | 0.00 |

User: 1882

Pg 3

| DESCRIPTION | March 2019 | March 2018 |
|---|---|---|
| | ( $ ) | ( $ ) |
| Deferred Stock Appreciation | 136,600.21 | 117,003.05 |
| Total Long Term Liabilities | 579,380.13 | 4,117,770.04 |
| STOCKHOLDERS' EQUITY | | |
| Capital Stock | 19,350.00 | 19,350.00 |
| Additional Paid in Capital | 0.00 | 0.00 |
| Stock Subscription Receivable | 0.00 | 0.00 |
| Retained Earnings | -3,678,011.80 | 1,608.08 |
| RE-Other Comprehensive Income | 0.00 | 0.00 |
| Net Profit Current Year | -529,478.14 | -424,209.34 |
| Treasury Stock | 0.00 | 0.00 |
| Total Stockholders' Equity | -4,188,139.94 | -403,251.26 |
| Total Liabilities & Stockholders' Equity | 10,054,733.43 | 11,902,885.61 |
| Deferred Tax Asset & Liability - Netted in AS | | |

Report Locale: USA United States
Report Currency: USD US Dollars