UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 19-44343

THOMSON-SHORE, INC.,  Chapter 11

              Debtor.  Judge Thomas J. Tucker
_____/

**ORDER STRIKING PURPORTED RESPONSE OF CREDITOR COPPER BEECH PRESS LIMITED TO THE MOTION OF INDIGO AMERICA, INC. FOR ALLOWANCE AND PAYMENT OF ITS 11 U.S.C. § 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM**

This case is before the Court on the motion by Indigo America, Inc., entitled "Motion of Indigo America, Inc. for Allowance and Payment of its 11 U.S.C. § 503(b)(9) Administrative Expense Claim and for Other Relief" (Docket # 183, the "Motion"). On August 13, 2019, Fiona Humberstone, describing herself as Director of Copper Beech Press Limited ("Copper Beech"), who is not an attorney, filed a response to the Motion on behalf of Copper Beech (Docket # 200, the "Response").

The Court will strike the Response, which is signed only by Fiona Humberstone, because a corporate officer or other representative who is not an attorney may not represent her corporation in a federal court. "[A] corporation cannot appear otherwise than through an attorney." *United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969). With exceptions not applicable here, Copper Beech may not file any paper in this Court unless the paper is signed by an attorney admitted to practice before the Court. *See* L.B.R. 9010-1(a)(1) (E.D. Mich.) ("A corporation, partnership or other entity other than an individual may not file a petition or other paper, nor appear as a debtor, plaintiff, defendant or other party in an adversary proceeding, unless it is represented by an attorney duly admitted to, and in good standing with,

the bar of the United States District Court for this district."). This is not a situation in which any of the exceptions in LBR 9010-1(a)(1) apply.

Accordingly,

IT IS ORDERED that the Response (Docket # 200) is stricken, and will not be considered by the Court.

**Signed on August 14, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**