UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-44343 |
| THOMSON-SHORE, INC., | Chapter 11 |
| Debtor. | Judge Thomas J. Tucker |
_____/

**ORDER STRIKING, WITHOUT PREJUDICE, THE OBJECTION PURPORTEDLY FILED BY STANLEY M. KOLBER PHOTOGRAPHY, INC. TO THE COURT'S NOVEMBER 8, 2019 DISTRIBUTION AND DISMISSAL ORDER**

On November 8, 2019, the Court entered an order entitled "Order Under 11 U.S.C. §§ 105(a), 349 and 1112(b) and Bankruptcy Rule 1017(a): (A) Granting Debtor's Motions for Distribution and Dismissal; and (B) Granting Related Relief" (Docket # 334, the "Distribution and Dismissal Order"). On November 22, 2019, an objection to the Distribution Order was filed, purportedly on behalf of "Stanley M. Kolber Photography, Inc, Pro Se" which was signed only by Stanley M. Kolber, as the President of Stanley M. Kolber Photography, Inc. (Docket # 344, the "Objection"). Mr. Kolber is not an attorney. As a result, the Court concludes that the Objection must be stricken.

"A layperson may not represent a separate legal entity such as a corporation" in federal court. *Lattanzio v. Comta*, 481 F.3d 137, 139 (2d Cir. 2007); *see also United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969) ( "A corporate president may not represent [his] corporation before a federal court. . . . [A] corporation cannot appear otherwise than through an attorney."); *In re Dick Tracy Ins. Agency, Inc.*, 204 B.R. 39, 39 (Bankr. W.D. Mo. 1997)("There is no dispute that a corporation must be represented by counsel in a bankruptcy proceeding and may not file a petition *pro se*."); *see also Lattanzio*, 481 F.3d at 140; L.B.R. 9010-1(a)(1) (E.D.

Mich.) ("A corporation, partnership or other entity other than an individual may not file a petition or other paper, nor appear as a debtor, plaintiff, defendant or other party in an adversary proceeding, unless it is represented by an attorney duly admitted to, and in good standing with, the bar of the United States District Court for this district.").

Accordingly,

IT IS ORDERED that the Objection (Docket # 344) is stricken, without prejudice.

**Signed on December 2, 2019**

/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**